UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE LLRICE 601 | ) | MDL DOCKET 1811 |
| CONTAMINATION LITIGATION | ) | ALL CASES |

### ORDER

The Judicial Panel on Multidistrict Litigation has ordered that several cases from other districts be transferred here for coordinated pretrial proceedings. Although the two cases already pending here are Southeast Division cases, the MDL case is an Eastern Division case, and all proceedings will be held in St. Louis. All filing shall be in St. Louis, and the CM/ECF docket number is 4:06MD1811. Once all transferred cases have been received in this court, I will hold a consolidated scheduling conference and will then enter a comprehensive order governing further proceedings. Pending that order, this order applies to all cases that are a part of MDL 1811, including any tag-along cases.

**IT IS HEREBY ORDERED** that pending further order of the court, all deadlines for responding to pleadings, motions or discovery requests are held in abeyance, and no further discovery shall be initiated.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2007.