UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | 4:06 MD 1811 CDP |
| RICE LITIGATION | ) | |

This order applies to:

Jim Webb v. Bayer CropScience LP, 4:07CV58 CDP

### **ORDER**.

Counsel has pointed out that plaintiff had filed a notice of voluntary dismissal before the case was transferred to this district. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed, without prejudice, pursuant to 28 U.S.C. § 41(a)(1).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2007.