UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) | 4:06 MD 1811 CDP |

This order applies to:

<u>Texana Rice Mill, LTD, et al. v. Bayer Cropscience LP, et al.</u>,
Case No. 4:07CV416CDP

## **ORDER**

Plaintiffs have filed a Notice of Voluntary Dismissal as to defendants David Murrell and Winco Agriproducts, Inc. [#169, #18]. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed, without prejudice, as to defendants David Murrell and Winco Agriproducts, Inc.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2007.