UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED ) <br> RICE LITIGATION ) <br> ) | Case No. 4:06MD1811 CDP |
| This Order Relates to: <br> <u>Texana Rice Mill, LTD et al.,</u> <br> <u>v. Bayer Cropscience LP, et. al.</u> | Case No. 4:07CV0416 CDP |

# ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion [#44, 555] for an extension of time to amend pleadings and join additional parties is GRANTED. Plaintiffs shall file any amended complaint no later than the earlier of February 14, 2008 or ten (10) days after the Judicial Panel on Multidistrict Litigation issues an order regarding The Simpson Company's opposition to CTO-16.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2008.