UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED ) <br> RICE LITIGATION ) <br> ) | Case No. 4:06MD1811 CDP |
| This Order Relates to: <br> Tilda, LTD <br> v. Riceland Foods, Inc., et. al. | Case No. 4:07CV0457 CDP |

## ORDER OF CLARIFICATION

In an order dated February 13, 2008, I granted plaintiff's motion for leave to file an amended complaint. Plaintiff's motion did not seek to file such a complaint immediately, however. Rather, plaintiff's motion requested leave to assert claims against additional parties if and when those parties are served with third-party complaints by the defendants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's amended complaint will not be deemed filed until such time as one or more defendants has served the newly added parties.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2008.