UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE GENETICALLY MODIFIED     )        4:06 MD 1811 CDP
RICE LITIGATION              )          ALL CASES

## CLARIFICATION ORDER

By previous order this matter is set for a jurisdiction motion hearing in

Courtroom 14-South on Wednesday, May 21, 2008 and a hearing on plaintiff's

class certification motion on Thursday, May 22, 2008 at 9:00 a.m. in Courtroom

14-South.  Counsel who are not required to be present in person and wish to listen

by telephone are directed to call the reserved conference at 1-866-240-6369

(reference number: 48040246 for the Wednesday, May 21, 2008 hearing and

reference number: 48041783 for the Thursday, May 22, 2008 hearing) before 8:50

a.m. so the motion hearings may start promptly at 9:00 a.m. each day.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of May, 2008.