UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE GENETICALLY MODIFIED   )
RICE LITIGATION              )    Case No. 4:06MD1811 CDP
                             )

This Order Relates to:

| | |
|---|---|
| Case No. 4:08CV1254 CDP | Case No. 4:08CV1255 CDP |
| Case No. 4:08CV1256 CDP | Case No. 4:08CV1257 CDP |
| Case No. 4:08CV1258 CDP | Case No. 4:08CV1259 CDP |
| Case No. 4:08CV1260 CDP | Case No. 4:08CV1261 CDP |
| Case No. 4:08CV1262 CDP | Case No. 4:08CV1263 CDP |
| Case No. 4:08CV1265 CDP | Case No. 4:08CV1266 CDP |
| Case No. 4:08CV1267 CDP | Case No. 4:08CV1268 CDP |
| Case No. 4:08CV1269 CDP | Case No. 4:08CV1270 CDP |
| Case No. 4:08CV1271 CDP | Case No. 4:08CV1272 CDP |
| Case No. 4:08CV1273 CDP | Case No. 4:08CV1274 CDP |
| Case No. 4:08CV1275 CDP | Case No. 4:08CV1276 CDP |
| Case No. 4:08CV1277 CDP | Case No. 4:08CV1278 CDP |
| Case No. 4:08CV1279 CDP | Case No. 4:08CV1280 CDP |
| Case No. 4:08CV1281 CDP | Case No. 4:08CV1283 CDP |
| Case No. 4:08CV1284 CDP | Case No. 4:08CV1285 CDP |
| Case No. 4:08CV1286 CDP | Case No. 4:08CV1287 CDP |

## **ORDER**

Plaintiffs' counsel in the 32 cases listed above have moved to remand each of these cases to state court. It appears to me that the motions are identical or nearly so. In order to rule on these motions efficiently and in a timely manner, I wish to consider them collectively, if possible. I am concerned, however, that some of them may present unique issues requiring individual attention, and I need guidance from plaintiffs' counsel on whether that is so. I will therefore direct

plaintiffs' counsel to file a summary of the issues presented in the motions to remand. This should be in the form of a short summation, outline, or chart that specifies where each case originated, identifies each party to each case and the citizenship of each party, describes the basis for the remand motion, and sets out whether the issues presented by the motion to remand are the same or different from those presented by the other motions. The filing should specify clearly whether any motion presents unique issues not shared with other cases.

Additionally, I will order defense counsel to file a single response brief for all cases and plaintiffs' counsel to file a single reply brief. All of these filings should be made in the main (4:06MD1811CDP) case only.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for the plaintiffs in the above-captioned cases shall, no later than **Friday, October 3, 2008**, file the summation of the issues presented in the motions to remand described above.

**IT IS FURTHER ORDERED** that defense counsel shall file a single response brief no later than **Wednesday, October 15, 2008**. The response brief will be limited to thirty pages.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel shall file a single reply brief no later than **Monday, October 27, 2008**, and this brief shall be limited to fifteen pages.

**IT IS FURTHER ORDERED** that the documents specified in this order shall be filed in Case No. 4:06MD1811CDP only.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2008.