UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE GENETICALLY MODIFIED )        4:06 MD 1811 CDP
RICE LITIGATION                        )                ALL CASES

## ORDER

By previous order this matter is set for a motion hearing at 9:30 a.m. and a

status conference at 1:30 p.m. on Thursday, February 19, 2009 in Courtroom 14-

South.  Counsel who are not required to be present in person and wish to

participate by telephone in either or both of these hearings are directed to call the

reserved conference at 1-866-240-6369 (and reference number: 84143910) at least

ten minutes before each hearing so they may start promptly.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2009.