UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE GENETICALLY MODIFIED      )
RICE LITIGATION                 )      Case No. 4:06MD1811 CDP
                                )

This Order Relates to:

*Tilda Ltd. v. Riceland,*                  Case No. 4:07CV0457 CDP
*Veetee Rice Ltd. v. Riceland,*            Case No. 4:07CV1211 CDP
*Rickmers Reismuhle GmbH v. Riceland,*     Case No. 4:08CV0499 CDP

## ORDER

For reasons stated on the record during the status conference held on

February 19, 2009,

**IT IS HEREBY ORDERED** that the motions [#92 in 4:07CV457], [#131

in 4:07CV1211], [#36 in 4:08CV499] to compel production of sworn deposition

testimony from *Schafer, et al. v. Riceland Foods, Inc., et al.* are GRANTED.

**IT IS FURTHER ORDERED** that the motion [#1047 in 4:06MD1811] to

compel Riceland Foods, Inc. to produce hedging information is DENIED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2009.