UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | Case No. 4:06MD1811 CDP |
| RICE LITIGATION | ) | ALL CASES |

## ORDER OF CORRECTION AND CLARIFICATION

For reasons stated on the record during the telephone conference held today,

**IT IS HEREBY ORDERED** that Case Management Order No. 15 [Docket No. 1103] is amended as follows:

1. <u>Adding Louisiana State University</u>. Any plaintiff wishing to add Louisiana State University as a party defendant must file a <u>motion</u> requesting leave to do so no earlier than **March 16, 2009**. Such motion must be accompanied by the proposed amended complaint and a brief in support of the motion not to exceed 10 pages. Any response in opposition must be filed no later than eleven days thereafter and is limited to 10 pages. No further briefing will be permitted.

2. <u>Summary Judgment Briefing Schedule</u>. Plaintiffs' omnibus response to defendants' motion for summary judgment remains due **March 10, 2009**. Any individual plaintiff's response shall be filed no later than **March 17, 2009** and is limited to 10 pages. Defendants' reply brief shall be filed no later than **March 26, 2009** and is limited to no more than 20 pages.

Other topics discussed during the telephone conference will be addressed in a forthcoming Case Management Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2009.