UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | |
| RICE LITIGATION | ) | No. 4:06MD1811 CDP |

**This order applies in the following cases:**

4:07CV51CDP, *Ballman v. Bayer*
4:07CV53CDP, *Parson v. Bayer*
4:07CV54CDP, *Watson [Powell] v. Bayer*

## **ORDER**

I have fully considered the motions to reconsider filed by the plaintiffs in each of these cases, and I will not change the earlier order. The parties must comply with the orders previously issued, and if there is a jurisdictional problem, we will deal with that if and when the plaintiffs decide to refile their dismissed actions.

Accordingly,

**IT IS HEREBY ORDERED** that the motions to reconsider in each of the above cases is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2009.