UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) | 4:06 MD 1811 CDP |

This order relates to:

4:07CV1211CDP, Veeee Rice Limited v. Riceland, et al.

## **ORDER**

Without objection,

**IT IS HEREBY ORDERED** that Veetee's motion for relief from agreed order regarding preservation [# 1320 in 4:06MD1811, and # 149 in 4:07CV1211] is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of June, 2009.