**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE GENETICALLY MODIFIED RICE LITIGATION** ) ) ) ) ) | **4:06 MD 1811 CDP**  **ALL CASES** |

## NOTICE OF FILING OF LIST OF PENDING RELATED CASES

Attached as Exhibit A is a list of pending related cases known to lead counsel as of the close of business July 2, 2009, with the information requested in CMO 5.

In *Schafer, et al. v. Riceland Foods, et al.*, Judge Whiteaker granted Plaintiffs' Unopposed Motion for Continuation of the Trial Setting on June 30. The trial setting of August 24, 2009 was vacated and a hearing is set for September 17, 2009 to select a new trial date and discuss a new Case Management Order.

The only case outside of this MDL that is currently set for trial is *Ancel, et al. v. Bayer CropScience LP, et al.*, Arkansas State Court, Woodruff County, Case No. 2008-0107. The *Ancel* case is set for a six-week trial beginning on February 1, 2010.

The cases identified in Exhibit A are now sorted by state, then by lead plaintiff name.

Dated: July 2, 2009               Respectfully submitted,


*/s/ Eric R. Olson*
_____
Eric R. Olson

William F. Goodman, III

Joseph J. Stroble

Elizabeth M. Gates

**WATKINS & EAGER**

The Emporium Bldg.

400 East Capitol Street, Suite 300

Post Office Box 650

Jackson, Mississippi 39205-0650


Mark E. Ferguson

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

Courthouse Place

54 West Hubbard Street, Suite 300

Chicago, Illinois 60610

Terry Lueckenhoff, #43843

**FOX GALVIN LLC**

One South Memorial Drive, 12th Floor

St. Louis, Missouri 63102


Glen E. Summers

Lester Houtz

Eric R. Olson

John M. Hughes

Sundeep K. Addy

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**

1899 Wynkoop Street, 8th Floor

Denver, Colorado 80202

*ATTORNEYS FOR BAYER CROPSCIENCE LP, BAYER CROPSCIENCE HOLDING, INC., BAYER CROPSCIENCE LLC, BAYER CROPSCIENCE INC., AND BAYER CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Eric R. Olson*

# Exhibit A

| Case Number | Court | Judge |
|---|---|---|
| 2008-0107 | Arkansas - State | Bentley E. Story |
| | 1st Judicial District, Circuit Court of Woodruff County, Arkansas (Civil Division) | 500 N. 3rd Street Augusta, AR 72006 (870) 347-5206 (605) |

**Plaintiff(s)**

Ancel, Robert L.; Ancel, Tommy; Tommy Ancel and Robert Ancel Farm; Kyle, Lenny Joe; Lenny Joe Kyle Farms; Meredith, Chester W.; Meredith Brs. Farms; Alumbaugh, Cindy; Alumbaugh, Mary Kyle; Alumbaugh, Everett; Mary Kyle Alumbaugh Farms; Branch, Richard C.; Branch, Ann; Richard Branch Farms, a partnership; Alumbaugh, Brian; Brian Alumbaugh Farms; Alumbaugh, Burl; Alumbaugh, Sharon; Burl Alumbaugh Farms; Coley, Charles; Coley, Brenda; Charles Coley Farms; Coley, Michael; Coley, Deborah; Coley, Arlen; Coley, Elizabeth; Rufus Comer Farms

**Defendant(s)**

Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

| Description of the Case: | Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance. |
|---|---|

| Status of the Case: | Set for Trial, February 1, 2010. |
|---|---|

| Case Number | Court | Judge |
|---|---|---|
| 2008-0107 | Arkansas - State | David G. Henry |
| | 11th E. Judicial District, Circuit Court of Arkansas County, Arkansas (Stuttgart Division) | 302 S. College St. Stuttgart, 72160 673-2056 (365) |

## Plaintiff(s)

BASF Corporation; BASF Agrochemical Products B.V.

## Defendant(s)

Bayer AG
Bayer CropScience AG
Bayer Bioscience NV
Bayer CropScience LP
Bayer Corporation

## Plaintiff Counsel

Kenneth R. Shemin
Fulbright Office Building
Shemin Law Firm, PLLC
217 East Dickson St., Suite 106G
Fayetteville, AK 72702
479-973-4442

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

Plaintiffs, who grew and sold CLEARFIELD rice and marketed other agricultural products, claim negligence, common law strict liability - products liability, common law negligence per se - violation of the AR Rice Certification Act, common law negligence per se - violation of the AR Crop & Research Facilities Protection Act, violation of the AR Deceptive Trade Practices Act, trespass to chattels, conversion, public nuisance, private nuisance, tortious interference with contractual relationship or business expectancy, violation of the NC Unfair and Deceptive Practices Act, and subrogation.

**Status of the Case:**

Bayer Entities filed an answer on September 19, 2008.

## RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| CV-2009-173-5 | Arkansas - State | Jodi Raines-Dennis |
| | Circuit Court of Jefferson County, Arkansas | Division 5 |

Division 5
P.O. Box 8705
Pine Bluff, Arkansas 71611-8705
870-541-5377
FAX: 870-536-277

**Plaintiff(s)**

Briggs, Jesse; Briggs Bros. Farms Partnership; Jesse Briggs, Inc.; John Briggs III, Inc.; Old River Farms Partnership; Big Cat Farms, Inc.; R.G. Farms, Inc.; Raymond Glen Wright; Big MO Farm Partnership; Amber Waves of Grain, Inc.; Full Silo Farms, Inc.; Briggs & Briggs, Inc.; Highwater Planting Company, Inc.; Henry Slew, Inc.; Johnson Lake Planting Company, Inc.; Hannaberry Planting Co., Inc.; Witney Gull, Inc.

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000


(Riceland)

**Description of the Case:** Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:** Bayer Entities filed an answer on March 27, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

2008-845

## Court

Arkansas - State

11th W. Judicial District, Circuit Court of
Lincoln County, Arkansas (Stuttgart Division)

## Judge

Jodi Raines-Dennis

300 S. Drew
Star City, 71667
(870) 628-4147 (492)

## Plaintiff(s)

Charles, Wesley; Charles, Alice; Roshell, Hazel Charles;
Charles, Joe; Charles, Ronnie Lee; Roshell, Ernestine
Charles; Copland, Addie Lee Charles

## Defendant(s)

Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

## Description of the Case:

Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:

Bayer Cropscience LP filed an answer on September 24, 2008.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

CV-2009-27 (LF)

## Court

Arkansas - State

Circuit Court of Mississippi County, Osceola District, Arkansas

## Judge

Lee Fergus

2nd Div.
P. O. Box 1472
Jonesboro, AR  72403-147

## Plaintiff(s)

Doss, David; David Doxx Farms; Joe Tacker; Joe Tacker Farms; Joe-Bob Farms, Inc.; H&T Farms, Inc.; Brett Tacker; Barbara Tacker; B&C Tacker Farms

## Defendant(s)

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR  72202

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

## Description of the Case:

Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:

Bayer Entities filed an answer on March 27, 2009.

**RICE CASES OUTSIDE OF THE MDL**

| Case Number | Court | Judge |
|---|---|---|
| CV-2009-31-2 | Arkansas - State | Richard L. Proctor |
| | Circuit Court of Lee County, Arkansas | Division 2 |
| | | 108 Mississippi Street |
| | | Wynn, Arkansas 72396 |
| | | 870-238-3831 |
| | | FAX: 870-238-7429 |

**Plaintiff(s)**

Dozier, John B.; John Dozier Land Trust

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**

Producer Plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion, and private nuisance against defendants.

**Status of the Case:**

Bayer Entities filed an answer on March 27, 2009.

**RICE CASES OUTSIDE OF THE MDL**

## Case Number

CV-2009-59 JF

## Court

Arkansas - State

Circuit Court of Greene County, Arkansas

## Judge

John Fogleman

8th Div.
206 River Trace Drive
Marion, Arkansas 72364
870-739-3156
FAX: 870-739-982

## Plaintiff(s)

Hancock, Lisa Cupp

## Defendant(s)

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000


(Riceland)

## Description of the Case:

Producer plaintiff claims negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:

Bayer Entities filed an answer on March 30, 2009.

| Case Number | Court | Judge |
|---|---|---|
| CV2007-433 | Arkansas - State | Pamela Honeycutt |
| | Circuit Court of Crittenden County, Arkansas | P. O. Box 1951<br>Jonesboro, AR 72403<br>870-933-7713 |

**Plaintiff(s)**

Huber Muehle GmbH

**Defendant(s)**

Riceland Foods, Inc.
Bayer CropScience Inc.
Bayer CropScience LP

**Plaintiff Counsel**

Kent J. Rubens
RIEVES RUBENS & MAYTON
P.O. Box 1599
West Memphis, AR 72303
870-735-3420

**Defense Counsel**

(Riceland)
Barry Deacon
Barrett and Deacon
300 South Church Street
P. O. Box 1700
Jonesboro, AR 72403
870-931-1700

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

German rice purchaser plaintiff brings claims against Riceland Foods, Inc. for breach of contract, breach of express warranty, breach of implied warranty of fitness for a particular purpose, breach of implied warranty of merchantability, negligence, strict product liability, violation of the Arkansas Deceptive Trade Practices Act, and fraud. Plaintiff also brings claims against Bayer CropScience LP and Bayer CropScience Inc. for negligence, absolute liability for ultra-hazardous activity, strict products liability, and public nuisance. Plaintiff also brings a claim against all defendants for negligence per se (alleged violation of the Arkansas Rice Certification Act, Ark. Code Ann. § 2-15-203). Plaintiff seeks compensatory and punitive damages and seeks an injunction that defendants clean up plaintiffs' storage and production facilities.

**Status of the Case:**

The Bayer defendants filed their answer on December 17, 2007.

**RICE CASES OUTSIDE OF THE MDL**

## Case Number
CV-2009-170-5

## Court
Arkansas - State

Circuit Court of Jefferson County, Arkansas

## Judge
Jodi Raines-Dennis

Division 5
P.O. Box 8705
Pine Bluff, Arkansas 71611-8705
870-541-5377
FAX: 870-536-277

## Plaintiff(s)
Jacobs, Douglas; Deborah Jacobs; J&J Planting Co.; D&S Farms LLC; Sam Morgan; Carol Morgan; Bruce Morgan; Leeann Morgan; Andy Reeves; Charlene Reeves; Morgan, Morgan & Reeves Partnership; James K. Sherman; Billie Jean Sherman; Sherman Farms Partnership

## Defendant(s)
Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel
Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

## Defense Counsel
(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

## Description of the Case:
Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:
Bayer Entities filed an answer on March 27, 2009.

| **Case Number** | **Court** | **Judge** |
|---|---|---|
| CV-2009-26 (JF) | Arkansas - State | John Fogleman |
| | Circuit Court of Poinsett County, Arkansas | 8th Div. |

8th Div.
206 River Trace Drive
Marion, Arkansas 72364
870-739-3156
FAX: 870-739-982

**Plaintiff(s)**

Jennings, Johnny; Miranda Huffman; M&J Farms, LLC; J,J&J, Inc.; J. Jennings Farms, LLC

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**

Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:**

Bayer Entities filed an answer on March 27, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

2008-876-2

## Court

Arkansas - State

11th W. Judicial District, Circuit Court of
Jefferson County, Arkansas (Stuttgart
Division)

## Judge

Robert Wyatt, Jr.

101 W. Barraque St.
Pine Bluff, 71601
(870) 541-5360 (477)

## Plaintiff(s)

Jeter, Clay; Jeter, Brenda; Jetco Farms Partnership; Jeter,
W.S. Sr.; Erstine, Alan; J&E Farms

## Defendant(s)

Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

## Description of the Case:

Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent
concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:

Bayer Cropscience LP filed an answer on September 24, 2008.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| CV-2009-29 | Arkansas - State | Harold S. Erwin |
| | Circuit Court of Lawrence County, Arkansas | Division 1<br>Jackson County Courthouse<br>208 Main Street<br>Newport, Arkansas 72112<br>870-523-7424/523-8046 |

## Plaintiff(s)

Jones, Stan; Britt Jones; Britt Jones, Inc.; S&W Farms, Inc.;
Hogback Farms, Inc.; T&W Farms, Inc.; SIB Farms, Inc.;
Black Spice Farms, Inc.; J-Co Farms, Inc.

## Defendant(s)

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:** Producer Plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion, and private nuisance against defendants.

**Status of the Case:** Bayer Entities filed an answer on March 27, 2009.

| Case Number | Court | Judge |
|---|---|---|
| CV-2009-48-2 | Arkansas - State<br><br>Circuit Court of Lincoln County, Arkansas (Second Division) | Robert Wyatt, Jr.<br><br>Division 2<br>PO Box 9140<br>Pine Bluff, Arkansas 71611-9140<br>870-541-5465<br>Fax: 870-541-5337 |

**Plaintiff(s)**

Kennedy, Murrell; R&M Kennedy Farms Partnership

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Riceland Foods, Inc.

**Plaintiff Counsel**

John G. Emerson
Scott E. Poynter
Jack T. Patterson
Christopher Jennings
Emerson Poynter LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**

Producer Plaintiffs claim common law public nuisance, common law private nuisance, common law absolute liability - ultrahazardous activity, violation of the Arkansas Crop & Research Facilities Protection Act, common law negligence, and common law strict liability - products liability against defendants.

**Status of the Case:**

Answers are due July 6, 2009.

| Case Number | Court | Judge |
|---|---|---|
| CV-2009-20-3 | Arkansas - State | Robert Bynum Gibson, Jr. |
| | Circuit Court of Chicot County, Arkansas | Division 3<br>Drew County Courthouse<br>210 South Main Street<br>Monticello, Arkansas 71655<br>870-367-7604 |

**Plaintiff(s)**

Loewen, Johan; Helena Loewen; Johan & Helena Loewen, J.V.; Mike Meyers; Myers Farms; Twin Bayou Farms, Inc.

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**

Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:**

Bayer Entities filed an answer on March 27, 2009.

**RICE CASES OUTSIDE OF THE MDL**

## Case Number

CV-2009-93

## Court

Arkansas - State

Northern District, Circuit Court of Arkansas
County, Arkansas (Stuttgart Division)

## Judge

David G. Henry

Division 1
P.O. Box 1166
Stuttgart, Arkansas 72160-1160
870-673-3181
FAX: 870-673-1168

## Plaintiff(s)

Makovec, John

## Defendant(s)

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Riceland Foods, Inc.

## Plaintiff Counsel

John G. Emerson
Scott E. Poynter
Jack T. Patterson
Christopher Jennings
Emerson Poynter LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

## Description of the Case:

Producer Plaintiffs claim common law public nuisance, common law private nuisance, common law absolute liability - ultrahazardous activity, violation of the Arkansas Crop & Research Facilities Protection Act, common law negligence, and common law strict liability - products liability against defendants.

## Status of the Case:

Complaint filed on June 11, 2009. Bayer CropScience LP served June 18, 2009.

**RICE CASES OUTSIDE OF THE MDL**

| Case Number | Court | Judge |
|---|---|---|
| 2008-108 | Arkansas - State | David G. Henry |
| | 11th E. Judicial District, Circuit Court of Arkansas County, Arkansas (Stuttgart Division) | 302 S. College St. Stuttgart, 72160 673-2056 (365) |

**Plaintiff(s)**

Meins, Scott; Meins, Dean; S&D Farm Partnership; Raymond Meins, Inc.; Shumate, Charles; Shumate, Scott E.; Pond, Robert H.; Pond, Judy; Pond, J. Kevin; Pond, Ann; Million Mallard Farms Partnership; Ponds Farm, Inc., Simpson, Johnny; Simpson, Elizabeth; Johnny & Elizabeth Simpson Partnership; Simpson, David; Simpson, Terry; David and Terry Simpson Partnership; Joyner, Henrine; Hoyner, Hubert; Hubert, Jane Wright; Seen, Josephine; Staten, James Wesley; Staten, James Wesley, as executor of the Estate of James L. Staten; Staten, Randy; Martin, Jamie L.; Morris, Betty; Betty L. Morris Living Trust; Simpson, Mark; Simpson, Elaine; Mark and Elaine Simpson Farms; Simpson, Jeff; Simpson, Marcie; J&M Simpson Farms

**Defendant(s)**

Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**   Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:**   Bayer Cropscience LP filed an answer on September 24, 2008.  Riceland cross-claimed against the Bayer entities on January 20, 2009.

| Case Number | Court | Judge |
|---|---|---|
| CV2007-432 | Arkansas - State | Pamela Honeycutt |
| | Circuit Court of Crittenden County, Arkansas | P. O. Box 1951<br>Jonesboro, AR 72403<br>870-933-7713 |

**Plaintiff(s)**

Mueller's Muehle GmbH

**Defendant(s)**

Riceland Foods, Inc.
Bayer CropScience Inc.
Bayer CropScience LP

**Plaintiff Counsel**

Kent J. Rubens
RIEVES RUBENS & MAYTON
P.O. Box 1599
West Memphis, AR 72303
870-735-3420

**Defense Counsel**

(Riceland)
Barry Deacon
Barrett and Deacon
300 South Church Street
P. O. Box 1700
Jonesboro, AR 72403
870-931-1700

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

German rice purchaser plaintiff brings claims against Riceland Foods, Inc. for breach of contract, breach of express warranty, breach of implied warranty of fitness for a particular purpose, breach of implied warranty of merchantability, negligence, strict product liability, violation of the Arkansas Deceptive Trade Practices Act, and fraud. Plaintiff also brings claims against Bayer CropScience LP and Bayer CropScience Inc. for negligence, absolute liability for ultra-hazardous activity, strict products liability, and public nuisance. Plaintiff also brings a claim against all defendants for negligence per se (alleged violation of the Arkansas Rice Certification Act, Ark. Code Ann. § 2-15-203). Plaintiff seeks compensatory and punitive damages and seeks an injunction that defendants clean up plaintiff's storage and production facilities.

**Status of the Case:**

The Bayer defendants filed their answer on December 17, 2007.

| **Case Number** | **Court** | **Judge** |
|---|---|---|
| 2009-104 | Arkansas - State | Harold S. Erwin |
| | Circuit Court of Jackson County, Arkansas | Division 1<br>Jackson County Courthouse<br>208 Main Street<br>Newport, Arkansas 72112<br>870-523-7424/523-8046 |

**Plaintiff(s)**

Nicholson, Tim; Sun Up Famers, Inc.

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Riceland Foods, Inc.

**Plaintiff Counsel**

John G. Emerson
Scott E. Poynter
Jack T. Patterson
Christopher Jennings
Emerson Poynter LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**

Producer Plaintiffs claim common law public nuisance, common law private nuisance, common law absolute liability - ultrahazardous activity, violation of the Arkansas Crop & Research Facilities Protection Act, common law negligence, and common law strict liability - products liability against defendants.

**Status of the Case:**

Complaint filed May 14, 2009. Answers due July 6, 2009.

**RICE CASES OUTSIDE OF THE MDL**

## Case Number

CV-2009-20-1

## Court

Arkansas - State

Circuit Court of Monroe County, Arkansas

## Judge

L.T. Simes II

Division 1
P.O. Box 2775
West Helena, Arkansas 72390

## Plaintiff(s)

Ready, Ora B.; Odell McNeal; Orann McNeal; Otis McNeal;
Melvin C. Terrell; Howard Ozell; McNeal Hardy McKissick
McNeal; McNeal J.V.; Louis Pope; George Baird IV; Phillip
Lewis; Land Management Group, LLC

## Defendant(s)

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

## Description of the Case:

Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:

Bayer Entities filed an answer on March 27, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number
2008-111-1

## Court
Arkansas - State

1st Judicial District, Circuit Court of Cross County, Arkansas (Stuttgart Division)

## Judge
L.T. Simes, II

705 E. Union
Wynne, 72396
(870) 238-5750 (427)

## Plaintiff(s)
Rushing, L.T.; Rushing, Willard; Rushing, Doug; Rushing, Marc; Rushing, Jerry; Rushing Farms Partnership; Taylor, David; Tee Farming Partnership; Taylor Planting Company, Inc.; Tell, Inc., David Taylor Agriculture, Inc., Ragan, Bill; Bill Ragan Farms; Barnes, Barbara; Barnes, Barbara as next friend of Helen James; Roy Green Farm; Davis, Steve; Davis, Chris; Steve and Chris Davis Farms Partnership; McKnight, Dan; McKnight, Karen; McKnight, Gregory; D&K Farms Partnership; McClintock, Kelly; Kelly McClintock Farms; Mitchell, Gary; Mitchell, Stella; Forrest Mitchell & Sons Partnership; Forrest Mitchell Farms, Inc.; Forrest Mitchell & Sons, Inc.; Webster, Billy M.

## Defendant(s)
Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel
Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

## Defense Counsel
(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000


(Riceland)

## Description of the Case:
Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

## Status of the Case:
Bayer Cropscience LP filed an answer on September 24, 2008.

**RICE CASES OUTSIDE OF THE MDL**

| Case Number | Court | Judge |
|---|---|---|
| CV-2006-0413 | Arkansas - State | Phillip T. Whiteaker |
| | 23rd Judicial District, Circuit Court of Lonoke County, Arkansas (Civil Division) 2nd Division | 301 N. Center St., Ste. 204 Lonoke, AR 72086 501-676-2316 |

**Plaintiff(s)**

Schafer, Randy; A.S. Kelly and Sons; Amaden, Randall; Carter Farms Partnership; End of the Road Farms, Inc.; Gosney Farms; Moery, Kyle; Moery, Robert E.; Neil Daniels Farms; Petrus Farms, Inc.; Petrus Seed & Grain, Co., Inc.; Petrus, Robert H.; R & B Amaden Farms; S&R Farms; Schafer Planting Co.; Snider, Randall J.; Wallace Farms

**Defendant(s)**

Riceland Foods, Inc.
Bayer CropScience LP
Bayer CropScience USA Holding II, Inc.
Bayer CropScience USA LP
John "Doe"

**Plaintiff Counsel**

Paul Byrd
HARE, WYNN, NEWELL & NEWTON, L.L.P.
Metropolitan National Plaza
4220 North Rodney Parham Rd., Suite 250
Little Rock, Arkansas 72212
501-225-5500

**Defense Counsel**

(Riceland Foods)
Barry Deacon
Barrett and Deacon
300 South Church Street
P.O. Box 1700
Jonesboro, AR 72403
870-931-1700

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

Seventeen rice farmer plaintiffs bring negligence claims against Bayer CropScience LP, Bayer CropScience USA Holding II, Inc., Bayer CropScience USA LP, and Riceland Foods, Inc. Those plaintiffs who are farmer-members of Riceland Foods Inc. also bring claims of fraudulent concealment against Riceland. Plaintiffs seek compensatory and punitive damages from all defendants and allege that provisions of The Arkansas Civil Justice Reform Act of 2003 (Act 649) limiting joint and several liability and punitive damages are unconstitutional.

**Status of the Case:**

Defendants have answered the complaint. Bayer Cropscience LP removed the case to Arkansas federal court in October 2006, the case was transferred to this Court as part of the MDL, and this Court remanded the case back to the Circuit Court of Lonoke County, Arkansas, by order dated October 15, 2007. The trial set for August 2009 has been continued.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| 2008-0580 | Arkansas - State | Phillip Whiteaker |
| | 23rd Judicial District, Circuit Court of Lonoke County, Arkansas | 301 N. Center St., Ste. 204<br>Lonoke, AR 72086<br>501-676-2316 |

## Plaintiff(s)

Underwood, Martin; Underwood, Carla; Martin Underwood Farms; Morris, Michael W.; Morris, Martha D.; Michael W. Morris Farms JV; Ables, Timmy; Ables, Meghan; Timmy & Meghan Ables Farms

## Defendant(s)

Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000


(Riceland)

**Description of the Case:** Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:** Bayer Cropscience LP filed an answer on September 24, 2008.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| 2008-133 (RV) | Arkansas - State | Rice Van Ausdall |
| | 2nd Judicial District, Circuit Court of Mississippi County, Arkansas (Osceola Division) | P.O. Box 466<br>Osceola, 72370<br>870-563-6471 |

## Plaintiff(s)

Warren, Keith; Warren, Charles; Five Bros., Inc.; Allen, Joe; Veasman, David; Gammill, Robert A. Jr.; Gammill, David; Gammill, Michael; Gammill Farms; BDMG, Inc.; R.A. Gammill and Son, Inc.; Raglund, LLC; Gammill Bros. Corp.; Chambers, J.M. III; J.M. Chambers, III, LP; Hood, Paul; Double H Farms; Hood, Phyllis; Hood, Clyde; Hood Farms, JV; Davis, C.A. Jr.

## Defendant(s)

Bayer AG
Bayer CropScience AG
Bayer CropScience LP f/k/a Aventis
CropScience USA LP
Bayer Bioscience NV
Bayer CropScience LLC
Bayer CropScience Holding, Inc.
Bayer CropScience, Inc.
Bayer Corporation
Riceland Foods, Inc.

## Plaintiff Counsel

Martin J. Phipps
Goldman Pennebaker & Phipps, P.C.
One International Centre
100 N.E. Loop 410, Suite 1500
San Antonio, TX 78217
210-340-9800

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:** Plaintiffs, rice farmers, claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:** Bayer Cropscience LP filed an answer on September 24, 2008.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| CV2007-169 | Arkansas - State | Phillip Whiteaker |
| | Circuit Court of Lonoke County, Arkansas (Civil Division) 1st Division | 301 N. Center Street, Suite 204<br>Lonoke, AR 72086<br>501-676-2316 |

## Plaintiff(s)

Willman, William E.; Elizabeth W. Thomas Trust 1997; Elizabeth W. Thomas Trust 2000; Spears Farm Central, Inc.; Spears, Gary d/b/a Spears Farms; Spears, Rodney Charles d/b/a Chip Spears Farms; Spears, Shawn d/b/a Spears Farms; W. Edgar Willman Trust 2000; Willman & Willman Farms, LLC; Willman, Floyd C.

## Defendant(s)

Riceland Foods, Inc.
Bayer A.G.
Bayer CropScience
Bayer CropScience Arkansas LP

## Plaintiff Counsel

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201
(501) 374-1058

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Bayer)
Gordon S. Rather, Jr.
Wright Lindsey & Jennings, LLP
200 West Capitol, Suite 2200
Little Rock, AR 72201

**Description of the Case:** Nine famer plaintiffs bring suit against Riceland Foods, Inc., Bayer CropScience LP, Bayer AG, and Bayer CropScience. Plaintiffs bring negligence claims against all defendants and a fraud claim against Riceland. Plaintiffs seek compensatory and punitive damages.

**Status of the Case:** Riceland and Bayer Cropscience LP have answered the complaint. The case was removed to the U.S. District Court for the Eastern District of Arkansas and subsequently remanded back to the Circuit Court of Lonoke County by order dated October 9, 2007.

| Case Number | Court | Judge |
|---|---|---|
| CV-2009-29 | Arkansas - State | Harold S. Erwin |
| | Circuit Court of Jackson County, Arkansas | Division 1<br>Jackson County Courthouse<br>208 Main Street<br>Newport, Arkansas 72112<br>870-523-7424/523-8046 |

**Plaintiff(s)**

Winemiller, Steve; Jeremy Johnson; Nicholas Templeton; Atla Farms, Inc.; Steve Winemiller Farms, Inc.; NT, Incorporated

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Riceland Foods, Inc.

**Plaintiff Counsel**

Charles A. Banks
Banks Law Firm, PLLC
100 Morgan Keegan Dr., Suite 100
Little Rock, AR 72202

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Riceland)

**Description of the Case:**

Producer plaintiffs claim negligence, res ipsa loquitur, gross negligence, fraudulent concealment, trespass, conversion and private nuisance against defendants.

**Status of the Case:**

Bayer Entities filed an answer on March 27, 2009.

## Case Number

09-cv-0659

## Court

Louisiana - Federal

Western District of Louisiana (Lafayette)

## Judge

Rebecca F Doherty

800 Lafayette Street
Suite 4700
Lafayette, LA 70501
(337) 593-5065

## Plaintiff(s)

Attales, Lauren W. and Ashley C., and others.

## Defendant(s)

Bayer AG
Bayer CropScience AG
Bayer CropScience GmbH
Bayer BioScience NV
Bayer CropScience LP

## Plaintiff Counsel

Bruce S. Kingsdorf
Barrios Kingsdorf & Casteix
701 Poydras St., Suite 3650
New Orleans, LA 70139-3650
504-524-3300
Fax: 504-524-3313
Email: kingsdorf@bkc-law.com

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

Producer Plaintiffs allege common law negligence, statutory private nuisance, public nuisance, common law negligence per se (violation of the Plant Protection Act and 7 CFR Part 340), violation of the North Carolina Unfair and Deceptive Practices Act (N.C. Gen. Stat. 75-1.1) against Defendant.

**Status of the Case:**

A Tag-Along Notice was sent to the Judicial Panel in Multi-district Litigation on June 10, 2009.

**RICE CASES OUTSIDE OF THE MDL**

| Case Number | Court | Judge |
|---|---|---|
| 09-cv-0867 | Louisiana - Federal | Richard T. Haik, Sr. |
| | Western District of Louisiana (Lafayette) | 800 Lafayette Street |
| | | Suite 4700 |
| | | Lafayette, LA 70501 |
| | | (337) 593-5065 |

**Plaintiff(s)**

Bertrand, Ellagene R.; Mildred D. Trahan; Marceaux Farms Partners; Heirs of W.P. Edwards; Michael James Trahan; Joshua C. Trahan; Newman Farms LLC; Neal Landry Farms; Five T. Acres; Sandrus Stelly; Dexter Joseph Trahan; Shawn D. Trahan

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience
Bayer AG

**Plaintiff Counsel**

Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

Producer plaintiffs claim negligence, statutory private nuisance, public nuisance, negligence per se - violation of the Plant Protection Act and 7 CFR Part 340, and violation of the North Carolina Unfair and Deceptive Practices Act against defendants.

**Status of the Case:**

Bayer Entities filed a Notice of Removal on May 27, 2009. A Tag-Along Notice will be sent to the Judicial Panel in Multi-district Litigation on July 6, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number
09-cv-0887

## Court
Louisiana - Federal

Western District of Louisiana (Lake Charles)

## Judge
Patricia Minaldi

Edwin F. Hunter, Jr. United States Courthouse
611 Broad Street
Lake Charles, La. 70601

## Plaintiff(s)
Drounette, Jeffrey; Craig and Pamela Schultz; Sheila and
Douglas Schultz, Charles Herman Schultz II; Daniel Guillory;
Jeanette Aguillard; Audrey Addison; Kermit Fruge

## Defendant(s)
Bayer CropScience LP
Bayer CropScience
Bayer AG

## Plaintiff Counsel
Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

## Defense Counsel
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

## Description of the Case:
Producer plaintiffs claim negligence, statutory private nuisance, public nuisance,
negligence per se - violation of the Plant Protection Act and 7 CFR Part 340, and
violation of the North Carolina Unfair and Deceptive Practices Act against defendants.

## Status of the Case:
Bayer Entities filed a Notice of Removal on May 29, 2009. A Tag-Along Notice will be
sent to the Judicial Panel in Multi-district Litigation on July 6, 2009.

| Case Number | Court | Judge |
|---|---|---|
| 09-cv-1041 | Louisiana - Federal | Dee D. Drell |
| | Western District of Louisiana (Alexandria) | 105 United States Post Office and Courthouse<br>515 Murray Street,<br>Alexandria, Louisiana 71301<br>Phone:(318) 473-7415 |

**Plaintiff(s)**

H.E. Harper Farms; Harper & Sons, Inc.; H.E. Harper Land Co. Inc.

**Defendant(s)**

Bayer CropScience LP

**Plaintiff Counsel**

John R. Whaley
Neblett Beard & Arsenault
PO Box 1190
Alexandria, LA  71309-1190
318-487-9874
Fax:  318-561-2591
Email:  jwhaley@nbalawfirm.com

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

Producer Plaintiffs allege negligence, statutory private nuisance, public nuisance, negligence per se (violation of the Plant Protection Act and 7 CFR Part 340), violation of the North Carolina Unfair and Deceptive Practices Act (N.C. Gen. Stat. 75-1.1) against Defendant.

**Status of the Case:**

A Tag-Along Notice was sent to the Judicial Panel in Multi-district Litigation on June 25, 2009.

| Case Number | Court | Judge |
|---|---|---|
| 09-cv-0870 | Louisiana - Federal | Tucker L. Melancon |
| | Western District of Louisiana (Alexandria) | 300 State Street, P.O. Box 799<br>Jennings, LA 70546<br>337-824-1160 |

## Plaintiff(s)

Phenice, Mark W.; Mark Pousson; Cline Farms, Inc.; Dale Hughes II; Wayne G. Phenice; Dale and Dorothy Hughes; Assured Farms; Geri Dale Klumpp; Gerald Klumpp; Sammy Benoit

## Defendant(s)

Bayer CropScience LP
Bayer CropScience
Bayer AG

## Plaintiff Counsel

Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:** Producer plaintiffs claim negligence, statutory private nuisance, public nuisance, negligence per se - violation of the Plant Protection Act and 7 CFR part 340, violation of the North Carolina Unfair and Deceptive Practices Act against defendants.

**Status of the Case:** Bayer Entities filed a Notice of Removal on May 28, 2009.  A Tag-Along Notice will be sent to the Judicial Panel in Multi-district Litigation on July 6, 2009.

| Case Number | Court | Judge |
|---|---|---|
| 09-cv-0908 | Louisiana - Federal | James T. Trimble |
| | Western District of Louisiana (Lake Charles) | Edwin F. Hunter, Jr. United States Courthouse<br>611 Broad Street<br>Lake Charles, La. 70601 |

### Plaintiff(s)

Primeaux, David; Ryan Primeaux; Nicole Primeaux;
Arceneaux Farms Corporation; Ruby Arceneaux; Thomas
Arceneaux; Arceneaux and Drounette Farms; Irvy and Sandra
Reon; Holmwood Enterprises

### Defendant(s)

Bayer CropScience LP
Bayer CropScience
Bayer AG

### Plaintiff Counsel

Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

### Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:** Producer plaintiffs claim negligence, statutory private nuisance, public nuisance, negligence per se - violation of the Plant Protection Act and 7 CFR part 340, violation of the North Carolina Unfair and Deceptive Practices Act against defendants.

**Status of the Case:** Bayer Entities filed a Notice of Removal on June 3, 2009.  A Tag-Along Notice will be sent to the Judicial Panel in Multi-district Litigation on July 6, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

09-cv-0983

## Court

Louisiana - Federal

Western District of Louisiana (Lake Charles)

## Judge

Patricia Minaldi

Edwin F. Hunter, Jr. United States Courthouse
611 Broad Street
Lake Charles, La. 70601

## Plaintiff(s)

Rice Farms, Inc.

## Defendant(s)

Bayer CropScience LP
Bayer CropScience
Bayer AG

## Plaintiff Counsel

Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

## Description of the Case:

Producer plaintiff claims negligence, statutory private nuisance, public nuisance, negligence per se - violation of the Plant Protection Act and 7 CFR Part 340, and violation of the North Carolina Unfair and Deceptive Practices Act against defendants.

## Status of the Case:

Bayer Entities filed a Notice of Removal on June 16, 2009.  A Tag-Along Notice will be sent to the Judicial Panel in Multi-district Litigation on July 6, 2009.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| 09-cv-0865 | Louisiana - Federal | Rebecca F. Doherty |
| | Western District of Louisiana (Lafayette) | 800 Lafayette Street |
| | | Suite 4700 |
| | | Lafayette, LA 70501 |
| | | (337) 593-5065 |

**Plaintiff(s)**

Schultz, Scott; John H. Schultz III; Adrianne and Patrick Schultz; C&F Farms

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience
Bayer AG

**Plaintiff Counsel**

Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

**Description of the Case:**

Producer plaintiffs claim negligence, statutory private nuisance, public nuisance, negligence per se - violation of the Plant Protection Act and 7 CFR Part 340, and violation of the North Carolina Unfair and Deceptive Practices Act against defendants.

**Status of the Case:**

Bayer Entities filed a Notice of Removal on May 27, 2009. A Tag-Along Notice will be sent to the Judicial Panel in Multi-district Litigation on July 6, 2009.

| Case Number | Court | Judge |
|---|---|---|
| 2009-10597-J | Louisiana - State | Kristian Earles |
| | 15th Judicial District Court for the Parish of Acadia, State of Louisiana | P.O. Box 1980<br>Crowley, LA 70527<br>Phone: (337)788-8817 |

**Plaintiff(s)**

A&L Lawson Partnership; F&B Enterprises; Ruby Milner;
Johnny Humble; Glenn and Rhonda Simon; Lucas Simon;
Sable Guidry Trahan; Wesley Simon; Winnie Richard

**Defendant(s)**

Bayer CropScience, LP
Board of Supervisors of Louisiana State University and
Agricultural and Mechanical College

**Plaintiff Counsel**

John F. Craton
Barousse & Craton, LLC
211 N. Parkerson Ave.
PO Box 1305
Crowley, LA 70527-1305
337-785-1000

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Board of Supervisors of LSU and Agricultural &
Mechanical College)
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Producer plaintiffs claim negligence, res ipsa loquitur, nuisance and trespass against the defendants.

**Status of the Case:** Bayer Entities filed an answer on June 16, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

69182 Div. A

## Court

Louisiana - State

13th Judicial District Court for the Parish of Evangeline, State of Louisiana

## Judge

John Larry Vidrine

Evangeline Parish Courthouse
200 Court Street, Suite 200
Ville Platte, LA 70586
337-363-5516

## Plaintiff(s)

Aguillard, Gordon; Choate, Cynthia F.; Cormier, Curtis; Gautreaux, Craig; Hurst, Claudia F.; Rogers, Daniel, Jr.; Fruge, Rodney J., Jr.; Landreneau, John D.; Ledoux, Kevin; Marcantel, Daniel; Ozane, Lawrence; Sonnier, John G.; Young, John A.; Zaunbrecher, Patrick

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

## Description of the Case:

Fourteen farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and puntive damages agains bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass.  Plaintiffs also seek an injunction that defendants clean up plaintiffs' properties.

## Status of the Case:

Bayer Cropscience, LP filed an answer on January 11, 2008.

## Case Number

2007-004615, Sect. H

## Court

Louisiana - State

14th Judicial District Court for the Parish of
Calcasieu, State of Louisiana

## Judge

Alcide J. Gray

P.O. Box 3210
Lake Charles, LA 70602
337-437-3550

## Plaintiff(s)

Aguillard, Walter; Aguillard, Jordan

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of Louisiana State University and
Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

## Description of the Case:

Two farmer plaintiffs seek compensatory and consequential damages against Bayer
CropScience LP and LSU, and exemplary and puntive damages against Bayer
CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and
trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

## Status of the Case:

Bayer Cropscience, LP filed an answer on January 11, 2008.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

86321 Div. J

## Court

Louisiana - State

15th Judicial District Court for the Parish of Acadia, State of Louisiana

## Judge

Kristian Earles

P.O. Box 1980
Crowley, LA 70527
337-269-5761

## Plaintiff(s)

Andrus, Bruce; Atteberry, William M.; Baronet, Wayne; Dupre, Zan P.; Hensgens, Christian J.; Hensgens, Frank E.; Hensgens, Gregory E.; Hoffpauir, John E.; John, John N., III; Leger, James; Leger, Jeffery; Leger, John K.; Leger, Joseph L., Jr.; Lejeune, Chad; Lejeune, Dean; Middlebrooks, Ward; Pousson, Arlen M.; Pousson, Randall P.; Richard, Valjene; Rose, Mark A.; Scanlan, Carl D., Jr.; Sonnier, Reggie; Thibodeaux, Darrin; Thibodeaux, Harvey; Zaunbrecher, John; Zaunbrecher, Reggie

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

## Description of the Case:

Twenty-six farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and puntiive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

## Status of the Case:

Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 86503-I | Louisiana - State | Kristian Earles |
| | 15th Judicial District Court for the Parish of Acadia, State of Louisiana | Acadia Parish Courthouse Court Circle Crowley, La. 70526 (337) 788-8881 |

**Plaintiff(s)**

Beaumont Rice Mills, Inc.

**Defendant(s)**

The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Patrick W. Pendley
Pendley, Baudin & Coffin
24110 Eden Street
Plaquemine, Louisiana
70765-0071

**Defense Counsel**

(LSU)
David J. Shelby II
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
Chase Bank Building, 8th Floor
451 Florida, Baton Rouge, LA 70801
(225) 387-3221

**Description of the Case:**

Plaintiff, a rice miller, asserts claims under negligence per se, negligence, public nuisance, private nuisance, products liability and redhibition against sole defendant, Board of Supervisors of Louisiana State University and Agricultural & Mechanical College.

**Status of the Case:**

The Complaint filed on October 9, 2007.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| C-683-07 | Louisiana - State | Ann Simon |
| | 31st Judicial District for the Parish of Jefferson Davis, State of Louisiana | 300 State Street, P.O. Box 799<br>Jennings, LA 70546<br>337-824-1160 |

## Plaintiff(s)

Benoit, Jason; Benoit, Joseph; Boudreaux, Leonard; Broussard, Timothy J.; Fanny Edith Winn Educational Trust; Faul, David; Faul, Jeff; Faul, Leroy; Frey, Richard B.; Frey, Richard W.; Klump, Garrett; LeBlanc, Donald; LeBlanc, Reed; Lucky D Farms, L.L.C.; Lundsford, Aaron; Sonnier, Dwayne; Talley, Mike; Theriot, Gerrad; Theriot, Jason; Theriot, Sidney; Thibodeaux, Brad; Watkins, Wynn; Zaunbrecher & Cassedy Cattle, Co., Inc.; Zaunbrecher & Cassedy Farm Partnership

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Twenty-four farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| C-680-07 | Louisiana - State | Ann Simon |
| | 31st Judicial District Court for the Parish of Jefferson Davis, State of Louisiana | 300 State Street, P.O. Box 799<br>Jennings, LA 70546<br>337-824-1160 |

## Plaintiff(s)

Billeaudeaux, Kirk; Bebee, David K.; Bebee, Ray; Billeaudeaux, Kirk on behalf of the Estate of Eugene Britt; Britt, Barbara; Britt, Barbara on behalf of the Estate of Eugene Britt; Britt, Casey; Britt, Charles D.; Britt, Sheilli D.; Buller, Brad; Buller, Brent; Byrne, Jeremy; Byrne, Tim; Carbalan, Irvin M., Jr.; Carbalan, John J.; Carbalan, Phyllis B.; Fruge, Robert G.; Raspberry, Corey; S&W Zaunbrecher Farms, L.L.P.; Zaunbrecher, Bradley

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Nineteen farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and puntive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 86331 Div K | Louisiana - State | Patrick L. Michot |
| | 15th Judicial District Court for the Parish of Acadia, State of Louisiana | P.O. Box 3075<br>Lafayette, LA 70502<br>337-269-5724 |

## Plaintiff(s)

Breaux, Robert C.; Faul, Terry; Frey, Ralph; Frey, Winston; Hensgens, Dale; Hilda Frey Farm; Hundley, James; Hundley, Michael C.; Lamm Brothers, LLC; Zaunbrecher, Byron; Zaunbrecher, Dale; Zaunbrecher, Elwin J.; Zaunbrecher, Leonard; Zaunbrecher, Mark; Zaunbrecher, Wendell

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Seventeen farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and puntive damages against bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 10-18072 | Louisiana - State | H. Ward Fontenot |
| | 38th Judicial District Court for the Parish of Cameron, State of Louisiana | P.O. Box 578<br>Cameron, LA 70631<br>337-775-5316 |

## Plaintiff(s)

Broussard, Leonard; Hornesby, Keith; L&C Thevis Farm; Thevis, Andrew; Thevis, Connie

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Five farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| C2007-395, Div. A | Louisiana - State | Joel G. Davis |
| | 33rd Judicial District for the Parish of Allen, State of Louisiana | P.O. Box 496<br>Oberlin, LA 70655<br>337-639-2266 |

**Plaintiff(s)**

Cappel, Lane; Fournerat & Toups Farms, LLC; Toups, Joseph E.; Zaunbrecher, Shane; Zaunbrecher, Wayne

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Five farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 07-c-4597-B | Louisiana - State | Ellis Daigle |
| | 27th Judicial District Court for the Parish of Saint Landry, State of Louisiana | 118 South Court St. Suite 109 P. O. Box 750 Opelousas, LA 70570-5166 337-942-5606 |

## Plaintiff(s)

Cart, Caleb Lee

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street
Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** One farmer plaintiff seeks compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiff also seeks an injunction that defendants clean up his property.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 07-C-4232-C | Louisiana - State | Alonzo Harris |
| | 27th Judicial District Court for the Parish of Saint Landry, State of Louisiana | P.O. Box 473<br>Opelousas, LA 70571<br>337-942-5606 |

**Plaintiff(s)**

D.S. Farms; Hollier, Richard M., III; J & A Farms, Inc.; Richard, Daniel; Richard, Wilfred; Smith, Duane R.; Smith, Kyle R.

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

Seven farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:**

Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 86113 Div. K | Louisiana - State | Patrick L. Michot |
| | 15th Judicial District Court for the Parish of Acadia, State of Louisiana | P.O. Box 3075<br>Lafayette, LA 70502<br>337-269-5724 |

**Plaintiff(s)**

Dischler, Sylvia R.

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

One farmer plaintiff seeks compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and puntive damages against bayer CropScience LP, on a negligence claim. Plaintiff also seeks an injunction that the defendants clean up her property.

**Status of the Case:**

Bayer Cropscience LP filed an answer on November 19, 2007.

| Case Number | Court | Judge |
|---|---|---|
| C-2007-400 | Louisiana - State | Patricia C. Cole |
| | 33rd Judicial District Court for the Parish of Allen, State of Louisiana | Main Street, P.O. Box A<br>Oberlin, LA 70655<br>337-639-2256 |

## Plaintiff(s)

Doise, Luke B.; Doise, Michael; Fontenot, Larry W.; Manuel, Jerome J.; Manuel, Lane; Smith, Jason J.

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Six farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judge** |
| 87367 Div. J | Louisiana - State | Kristian Earles |
| | 15th Judicial District Court for the Parish of Vermilion, State of Louisiana | P.O. Box 1980<br>Crowley, LA 70527<br>337-788-8811 |

**Plaintiff(s)**

Duhon, Bradley J.

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street
Suite 100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** One farmer plaintiff seeks compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiff also seeks an injunction that defendants clean up his property.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judge** |
| 69187 Div. A | Louisiana - State | John Larry Vidrine |
| | 13th Judicial District Court for the Parish of Evangeline, State of Louisiana | Evangeline Parish Courthouse
200 Court Street, Suite 200
Ville Platte, LA 70586
337-363-5516 |

**Plaintiff(s)**

Fruge, Randall J.; Guillory, Gerald; LaHaye, Kenneth; Lejeune, A. Neil; Zaunbrecher, J.W.

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**  Five farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass.  Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:**  Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 10-18073 | Louisiana - State | H. Ward Fontenot |
| | 38th Judicial District Court for the Parish of Cameron, State of Louisiana | P.O. Box 578<br>Cameron, LA 70631<br>337-775-5316 |

**Plaintiff(s)**

Gayle, Kurt; Fletcher, W.E.;  Vail, Brandon; Vail, Mark

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of  LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

Four farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP,  on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass.  Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:**

Bayer Cropscience, LP filed an answer on January 11, 2008.

## RICE CASES OUTSIDE OF THE MDL

| **Case Number** | **Court** | **Judge** |
|---|---|---|
| 2009-10667-B | Louisiana - State | Jules Edwards |
| | 15th Judicial District Court for the Parish of Acadia, State of Louisiana | Acadia Parish Courthouse Court Circle Crowley, La. 70526 (337) 788-8881 |

**Plaintiff(s)**

Guillot, Benjamin R.; Thomas Gray, Sr.; Mary Martha McGinn; Charles Harmon; Stephen Hamic; Dennis Hensgens; William M. Hensgens; Jude Ohlenforst; Harmon & Ohlenforst; John H. Faulk, Jr.; Mark Hetzel; Ronnie Reece Guillot; Bart Gilbert; Glen P. Leleux; Egan Farms, Inc.

**Defendant(s)**

Bayer CropScience LP
Bayer CropScience, Inc.
Bayer CropScience Holding, Inc.
Bayer CropScience LLC
Bayer Corporation
Bayer BioScience NV
Bayer CropScience AG
Bayer AG
Louisiana State University and Agricultural & Mechanical College

**Plaintiff Counsel**

Charles Sartain
William J. French
William B. Chaney
Looper, Reed & McGraw, P.C.
Suite 4100, 1601 Elm Street
Dallas, Texas 72501
(214) 954-4135

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(LSU)
David J. Shelby II
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
Chase Bank Building, 8th Floor
451 Florida, Baton Rouge, LA 70801
(225) 387-3221

**Description of the Case:** Producer Plaintiffs claim negligence per se, negligence under Louisiana Civil Code Article 2315 et seq., public nuisance, private nuisance, products liability - construction or composition defect under L.A. R.S. 9:2800.55, redhibition under Louisiana Civil Code Article 2520 et seq., and violation of the North Carolina Unfair and Deceptive Practices Act against Defendants.

**Status of the Case:** The Complaint was filed on June 12, 2009.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

C-2007-0782, Div. B

## Court

Louisiana - State

36th Judicial District Court for the Parish of
Beauregard

## Judge

Judge Herman I. Stewart

P.O. Box 1148
Deridder, LA. 70634
337-463-7993 ext. 13

## Plaintiff(s)

Habetz, Kenneth Brian

## Defendant(s)

Bayer CropScience, LP
The Board of Supervisors of LSU and Agricultural and
Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** One farmer plaintiff seeks compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiff also seeks an injunction that defendants clean up his property.

**Status of the Case:** No responses to the complaint have yet been filed.

# RICE CASES OUTSIDE OF THE MDL

| **Case Number** | **Court** | **Judge** |
|---|---|---|
| 2007-004655, Div. D | Louisiana - State | Robert L. Wyatt |
| | 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana | 1000 Ryan Street<br>Lake Charles, Louisiana 70601<br>337-437-3550 |

**Plaintiff(s)**

Harrington, Alden S.; Harrington Brothers Farm, Inc.; Harrington, Blaine; Harrington, Randall; Harrington, Rocky; Harrington, Shannon; Leonards, Jamie; Leonards, Nicholas; Stelly, Marcus; Stelly, Mark; Stelly, Ryan

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

Eleven farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:**

Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 86322-A | Louisiana - State<br><br>15th Judicial District Court for the Parish of Acadia, State of Louisiana | Kristian Earles<br><br>Acadia Parish Courthouse<br>Court Circle<br>Crowley, La. 70526<br>(337) 788-8881 |

**Plaintiff(s)**

Mark Hetzel and Reece Guillot

**Defendant(s)**

The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Michael H. Landry
James D. Landry
Landry, Landry & Landry
529 S.W. Court Circle
Crowley, Louisiana  70527
(337) 788-1850

**Defense Counsel**

(LSU)
David J. Shelby II
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
Chase Bank Building, 8th Floor
451 Florida, Baton Rouge, LA  70801
(225) 387-3221

**Description of the Case:**

Plaintiffs, long-grain rice producers, in a class action petition assert claims under negligence per se, negligence, public nuisance, private nuisance, products liability and redhibition against sole defendant, Board of Supervisors of Louisiana State University and Agricultural & Mechanical College.

**Status of the Case:**

Complaint filed on August 17, 2007.

# RICE CASES OUTSIDE OF THE MDL

## Case Number

86280, Div. F

## Court

Louisiana - State

15th Judicial District Court for the Parish of
Acadia, State of Louisiana

## Judge

Glenn P. Everett

P.O. Box 503
Crowley, LA 70527-0448
337-788-8881

## Plaintiff(s)

Louisiana Rice Mill, LLC

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and
Mechanical College

## Plaintiff Counsel

Philip Bohrer
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
(225) 925-5297

## Defense Counsel

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

## Description of the Case:

One rice mill plaintiff seeks compensatory damages against Bayer CropScience LP and
LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of
negligence, private nuisance (La. Civ. Code arts. 667-69), trespass, and product liability
under the Louisiana Products Liability Act (LA-R.S. 9:2800). Plaintiffs also seek an
injunction that defendants act to prevent future contamination of plaintiff's facility and
property.

## Status of the Case:

Bayer Cropscience LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 2007-0972B | Louisiana - State | William J. Bennett |
| | 12th Judicial District Court, Parish of Avoyelles, Louisiana | 301 North Main St.<br>Marksville, LA 71351 |

## Plaintiff(s)

Michael W. Zaunbrecher

## Defendant(s)

Bayer CropScience, LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** Plaintiff, a rice farmer, claims negligence, res ipsa loquitur, nuisance, and trespass against defendants.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 14, 2008.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| 72395 Div. C | Louisiana - State | John E. Conery |
| | 16th Judicial District Court for the Parish of Saint Martin, State of Louisiana | P.O. Box 596<br>Franklin, LA 70538<br>337-394-2210 |

**Plaintiff(s)**

Richard Grain, Inc.; Richard, Mickey

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of  LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

Two farmer plaintiffs seek compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass.  Plaintiffs also seek an injunction that defendants clean up their properties.

**Status of the Case:**

Bayer Cropscience, LP filed an answer on January 11, 2008.

## Case Number

87382 Div. K

## Court

Louisiana - State

15th Judicial District Court for the Parish of
Vermilion, State of Louisiana

## Judge

Patrick L. Michot

P.O. Box 3075
Lafayette, LA 70502
337-269-5724

## Plaintiff(s)

Simon, David

## Defendant(s)

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and
Mechanical College

## Plaintiff Counsel

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street
Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description
of the Case:**
One farmer plaintiff seeks compensatory and consequential damages against Bayer
CropScience LP and LSU, and exemplary and punitive damages against Bayer
CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and
trespass. Plaintiff also seeks an injunction that defendants clean up his property.

**Status of
the Case:**
Bayer Cropscience, LP filed an answer on January 11, 2008.

## RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| 90462 | Louisiana - State | Kristian Earles |
| | 15th Judicial District Court for the Parish of Vermilion, State of Louisiana | P.O. Box 1980<br>Crowley, LA 70527<br>337-788-8811 |

**Plaintiff(s)**

Simon, Glenn and Rhonda; Alyson Trahan Bourque; Angela Trahan Trust; Catherine Trahan Herpin; Edward and Angela Vincent; Gregory Trahan and Shawn Trahan

**Defendant(s)**

Bayer CropScience, LP
Board of Supervisors of Louisiana State University and Agricultural and Mechanical College

**Plaintiff Counsel**

John F. Craton
Barousse & Craton, LLC
211 N. Parkerson Ave.
PO Box 1305
Crowley, LA 70527-1305
337-785-1000

**Defense Counsel**

(Bayer)
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Board of Supervisors of LSU and Agricultural & Mechanical College)
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

Producer plaintiffs claim negligence, res ipsa loquitur, nuisance and trespass against the defendants.

**Status of the Case:**

Bayer Entities filed an answer on June 16, 2009.

| Case Number | Court | Judge |
|---|---|---|
| 07-C-5833-A | Louisiana - State | James P. Doherty |
| | 27th Judicial District Court for the Parish of Saint Landry, State of Louisiana | 118 South Court Street<br>Suite 109<br>P.O. Box 750<br>Opelousas, LA 70570-5166<br>337-942-5606 |

**Plaintiff(s)**

Soileau, Robert J.

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street
Suite 1100
New Orleans, LA 70130
504-525-8100

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural & Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:** One farmer plaintiff seeks compensatory and consequential damages against Bayer CropScience LP and LSU, and exemplary and punitive damages against Bayer CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and trespass. Plaintiff also seeks an injunction that defendants clean up his property.

**Status of the Case:** Bayer Cropscience, LP filed an answer on January 11, 2008.

| Case Number | Court | Judge |
|---|---|---|
| 86279 Div. D | Louisiana - State | Edward D. Rubin |
| | 15th Judicial District Court for the Parish of Acadia, State of Louisiana | P.O. Box 5028<br>Lafayette, LC 70502-5028<br>337-291-6400 |

**Plaintiff(s)**

Supreme Rice Mill, Inc.

**Defendant(s)**

Bayer CropScience LP
The Board of Supervisors of Louisiana State University and
Agricultural and Mechanical College

**Plaintiff Counsel**

Philip Bohrer
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
(225) 925-5297

**Defense Counsel**

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

**Description of the Case:**

One rice mill plaintiff seeks compensatory damages against Bayer CropScience LP and LSU, and exemplary damages against Bayer CropScience LP, on claims of negligence, private nuisance (La. Civ. Code arts. 667-69), trespass, and product liability under the Louisiana Products Liability Act (LA-R.S. 9:2800). Plaintiffs also seek an injunction that defendants act to prevent future contamination of plaintiff's facility and property.

**Status of the Case:**

Bayer Cropscience, LP filed an answer on October 5, 2007.

| Case Number | Court | Judge |
|---|---|---|
| 85450-K | Louisiana - State | Patrick L. Michot |
| | 15th Judicial District Court Acadia Parish, Louisiana | P.O. Box 3075<br>Lafayette, LA 70502<br>(337)232-8211<br>(337)269-5754 |

**Plaintiff(s)**

Texana Rice Mill, Ltd.; Texana Rice, Inc.

**Defendant(s)**

The Board of Supervisors of LSU and Agricultural and Mechanical College

**Plaintiff Counsel**

Charles Sartain
LOOPER, REED & MCGRAW, P.C.
1601 Elm Street, Suite 4100
Dallas Texas 75201
(214)954-4135

**Defense Counsel**

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801

**Description of the Case:**

Texas rice mill limited partnership and its general partner seek compensatory damages (alleged lost profits and property damage) and punitive damages against LSU arising from plaintiffs' purchase of rice for sale in international markets. Plaintiffs bring claims of negligence, negligence per se (alleged violation of laws governing agricultural seed and regulations governing genetically modified organisms), strict liability for defective product and ultra-hazardous activity, public nuisance, and private nuisance.

**Status of the Case:**

Bayer Cropscience, LP filed an answer on January 11, 2008.

**RICE CASES OUTSIDE OF THE MDL**

## Case Number

85449-K

## Court

Louisiana - State

15th Judicial District Court for the Parish of
Acadia, State of Louisiana

## Judge

Kristian Earles

Acadia Parish Courthouse
Court Circle
Crowley, La. 70526
(337) 788-8881

## Plaintiff(s)

The Simpson Company

## Defendant(s)

The Board of Supervisors of LSU and Agricultural and
Mechanical College

## Plaintiff Counsel

Charles Sartain
William J. French
William B. Chaney
Looper, Reed & McGraw, P.C.
Suite 4100, 1601 Elm Street
Dallas, Texas 72501
(214) 954-4135

## Defense Counsel

(LSU)
David J. Shelby II
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
Chase Bank Building, 8th Floor
451 Florida, Baton Rouge, LA 70801
(225) 387-3221

## Description of the Case:

Plaintiff, an international rice broker and distributor, asserts claims of negligence per se, negligence, strict liability, public nuisance and private nuisance against the only defendant, Board of Supervisors of Louisiana State University and Agricultural & Mechanical College.

## Status of the Case:

The Complaint filed on January 12, 2007.

# RICE CASES OUTSIDE OF THE MDL

## Case Number
2007-4454 Div. A

## Court
Louisiana - State

15th Judicial District Court for the Parish of
Lafayette, State of Louisiana

## Judge
John D. Trahan

P.O. Box 1366
Crowley, LA 70527-1366
337-233-0150

## Plaintiff(s)
Vondenstein, Larry; Thibodeaux, Cleveland J., Jr.;
Vondenstein, Steven

## Defendant(s)
Bayer CropScience LP
The Board of Supervisors of Louisiana State University and
Agricultural and Mechanical College

## Plaintiff Counsel
Stephen B. Murray
MURRAY LAW FIRM
650 Poydras Street, Suite 1100
New Orleans, LA 70130
504-525-8100

## Defense Counsel
Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

Board of Supervisors of LSU and Agricultural &
Mechanical College
Thomas R. Peak
TAYLOR AND PORTER, LLP
451 Florida Street
Eighth Floor
Chase Tower South
Baton Rouge, LA 70801
US

## Description of the Case:
Three farmer plaintiffs seek compensatory and consequential damages against Bayer
CropScience LP and LSU, and exemplary and puntive damages against Bayer
CropScience LP, on claims of negligence, nuisance (La. Civ. Code arts. 667-69), and
trespass.  Plaintiffs also seek an injunction that defendants clean up their properties.

## Status of the Case:
Bayer Cropscience, LP filed an answer on January 11, 2008.

# RICE CASES OUTSIDE OF THE MDL

| Case Number | Court | Judge |
|---|---|---|
| 52463 | Texas - State | Patrick Sebesta |
| | 239th Judicial District, Brazoria County, Texas | 111 E. Locust St., Ste 214A, Angleton, TX 77515 979-864-1256 |

## Plaintiff(s)

The Simpson Company

## Defendant(s)

Bayer CropScience, LP
Bayer CropScience Holding, Inc.
Bayer Corporation
Aventis CropScience USA Holding, Inc., n/k/a Starlink Logistices, Inc.
Texas Rice Improvement Association
Jacko Garrett

## Plaintiff Counsel

James L. Reed
LOOPER REED & MCGRAW
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
713-986-7000

## Defense Counsel

Terry Lueckenhoff
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000

(Starlink)
Charles W. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1000 Louisiana, Suite 6800
Houston, TX 77002
713-655-5160

**Description of the Case:** Rice buyer plaintiff brings suit against Bayer CropScience LP, Bayer CropScience Holding, Inc., Bayer Corporation, Aventis CropScience USA Holding, Inc. (n/k/a Starlink Logistics, Inc.), Texas Rice Improvement Association, and Jacko Garrett. Plaintiff alleges damages resulting from its purchase of rice from rice millers for international sale. Plaintiff seeks compensatory damages from the Bayer defendants based on claims of negligence, negligence per se (alleged violation of federal law and regulations), public nuisance, and strict liability. Plaintiff seeks injunctive relief against Texas Rice Improvement Association and Garrett to allow it to test for the presence of LLRice and to prevent the sale of any rice that has tested positive for LLRice.

**Status of the Case:** Defendants have answered and Plaintiff has served discovery. After a series of transfers to and from the Eastern District of Missouri, the case was returned to the 23rd Judicial District, Matagorda County, Texas. By agreement, this case was dismissed and refiled in Brazoria County, Texas. The old case number in Matagorda County was 06-H-0672. Currently pending is a motion to dismiss for forum non conveniens, which is set for hearing on August 24, 2009.