IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) ) ) ) | 4:06 MD 1811 CDP<br><br>ALL CASES |

*Granted and So Ordered*

*Cath - D Perry*

*7/13/09*

## JOINT MOTION TO EXTEND TIME FOR SELECTION OF CASES FOR INITIAL TRIALS

Case Management Order 11 provides that the parties must notify the Court of the cases selected for the initial trial pool trials no later than July 24, 2009. In order to accommodate counsel and witness schedules, the parties have agreed to move some of the expert disclosure and deposition deadlines. The parties do not intend that these minor adjustments will affect the August 10 deadline for dispositive and *Daubert* motions. However, under current schedules, expert depositions will not be complete by the July 24 plaintiff selection deadline. So that the depositions of the individual damages experts can be completed before the parties select cases for trial, the parties hereby jointly move to modify Case Management Order 11 to extend the deadline for notifying the Court of the cases selected for initial trials to July 31, 2009.

Dated July 8, 2009.                    Respectfully submitted,


                                       /s/ *John M. Hughes*
                                       John M. Hughes
                                       **Bartlit Beck Herman Palenchar & Scott LLP**
                                       1899 Wynkoop Street, 8th Floor
                                       Denver, Colorado 80202

1