# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 3, 2009

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL No. 1811-- IN RE: Genetically Modified Rice Litigation

(See Attached CTO-32)

Dear Mr. Woodward:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 16, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel and judges are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
Dana L. Stewart
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Catherine D. Perry

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**  MDL No. 1811

**INVOLVED COUNSEL LIST (CTO-32)**

Charles P. Blanchard
CHAFFE MCCALL LLP
1100 Poydras Street
Suite 2300
New Orleans, LA 70163-2300

Don M. Downing
GRAY RITTER & GRAHAM PC
701 Market Street
Suite 800
St. Louis, MO 63101-1826

Terry R. Lueckenhoff
FOX GALVIN LLC
One S. Memorial Drive
12th Floor
St. Louis, MO 63102

Patrick W. Pendley
PENDLEY BAUDIN & COFFIN LLP
P.O. Box 71
Plaquemine, LA 70765

IN RE: GENETICALLY MODIFIED RICE LITIGATION                    MDL No. 1811

**INVOLVED JUDGES LIST (CTO-32)**

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Richard T. Haik, Sr.
Chief Judge, U.S. District Court
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Tucker L. Melancon
Senior U.S. District Judge
4700 U.S.Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse & Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr. U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Aug 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 16, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION                MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-32)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 265 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**  MDL No. 1811

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

LOUISIANA WESTERN
   LAW  2  09-870          Mark W. Phenice, et al. v. Bayer CropScience, LP, et al.
   LAW  2  09-887          Jeffry Drounette, et al. v. Bayer CropScience, LP, et al.
   LAW  2  09-908          David Primeaux, et al. v. Bayer CropScience, LP, et al.
   LAW  2  09-983          Rice Farms, Inc. v. Bayer CropScience, LP, et al.
   LAW  6  09-865          Scott Schultz, et al. v. Bayer CropScience, LP, et al.
   LAW  6  09-867          Ellagene R. Bertrand, et al. v. Bayer CropScience, LP, et al.