**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE GENETICALLY MODIFIED RICE** ) **LITIGATION** ) ) **This filing Pertains to:** ) ) **HOPESO FARMS and ANDERSON** ) **PLTG COMPANY II** ) ) **Plaintiffs** ) ) **v.** ) ) **BAYER CROPSCIENCE , LP** ) ) **Defendant** ) | 4:06 MD 1811 CDP<br><br>MDL Docket No. 1811<br><br>Judge Catherine D. Perry<br><br><br>Index No. 4:07-CV-01762-CDP |

## NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW, Plaintiff's counsel, the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, pursuant to Mo. Rule 4-1-16, and provides Notice of Withdrawal as attorneys of record and Affirms to the Court, the client and all other attorneys and parties of record:

1. That counsel has been discharged by the Plaintiffs as counsel in this matter and must therefore terminate representation.  Mo. Rule 4-1-16.

2. That Plaintiffs and Defendants counsel of record have previously been notified of counsel's withdrawal in this matter.

3. That there are no hearings pending in this matter for which Plaintiff would be prejudiced by counsel's withdrawal.

4. That Plaintiffs' last known addresses are:  Anderson Planting Company, Floyd Anderson, 550 3-Mike Lake Rd., Inverness, MS 38753; Hopes Farms, Terry Maxwell, 1200 Montgomery Drive, Inverness, MS 38753.

**WHEREFORE,** counsel for Plaintiffs hereby requests to withdraw as counsel of record in this case.

/s/Justin G. Witkin, Esq.
Justin G. Witkin, Esq.
Daniel J. Thornburgh, Esq.
*Aylstock, Witkin Kreis & Overholtz PLLC*
803 North Palafox Street
Pensacola, FL 32501
(850) 916-7450 Phone
(850) 916-7449 Facsimile
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 12th day of August, 2009, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/Justin G. Witkin