IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **IN RE GENETICALLY MODIFIED RICE** ) **LITIGATION** ) ) **This filing Pertains to:** ) ) **HOPESO FARMS and ANDERSON** ) **PLTG COMPANY II** ) ) **Plaintiffs** ) ) **v.** ) ) **BAYER CROPSCIENCE , LP** ) ) **Defendant** ) | **4:06 MD 1811 CDP** <br><br> **MDL Docket No. 1811** <br><br> **Judge Catherine D. Perry** <br><br><br><br> **Index No. 4:07-CV-01762-CDP** |

## ORDER

For the reasons set forth in Plaintiffs' counsel's Notice of Withdraw as Counsel:

IT IS on this _____ day of August 2009,

**ORDERED** that the motion of Plaintiffs' counsel, Aylstock, Witkin, Kreis & Overholtz, PLLC to withdraw from representation of the Plaintiffs, Hopeso Farms and Anderson Planting Company II, shall be, and hereby is, **GRANTED**.

_____
Judge