## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE GENETICALLY MODIFIED RICE LITIGATION** | ) ) ) ) ) ) ) ) | **4:06 MD 1811 CDP**<br><br>**ALL CASES** |

### PLAINTIFFS' LEAD COUNSEL'S AND PLAINTIFFS' EXECUTIVE COMMITTEE'S MOTION TO ESTABLISH A COMMON BENEFIT FUND

Plaintiffs' Court-appointed Lead Counsel ("Lead Counsel") and Plaintiffs' Executive Committee, on behalf of themselves and other plaintiffs' counsel who, at the direction, request, and supervision of Lead Counsel, actively have assisted in prosecuting this centralized multidistrict litigation (the "Leadership Group"), respectfully move this Court, upon (a) the accompanying Declaration of Adam J. Levitt, dated August 19, 2009, together with the exhibits appended thereto ("Levitt Declaration"); and (b) the accompanying Memorandum of Law, dated August 19, 2009, for the Court, pursuant to its inherent powers to enter an Order:

(i)     establishing a common benefit fund to compensate attorneys for services rendered for the plaintiffs' common benefit and to reimburse them for expenses incurred in conjunction with those common benefit services;

(ii)     directing defendants to hold back and set aside (a) 8% of any gross recovery obtained by producer plaintiffs, by way of judgment, settlement, or otherwise, in each

genetically-modified rice-related action for attorneys' fees[1]; (b) 7% of any gross recovery obtained by non-producer plaintiffs, by way of judgment, settlement, or otherwise, in each genetically-modified rice-related action for attorneys' fees; and (c) an additional 3% of any gross recovery obtained by any plaintiff, by way of judgment, settlement, or otherwise, in each genetically-modified rice-related action for common benefit costs and expenses incurred by the Leadership Group herein; and

(iii)   directing defendants to place the held-back and set-aside amounts into a "common benefit trust fund" established and maintained by Lead Counsel.

The reasons supporting the instant Motion are set forth in the accompanying Levitt Declaration and memorandum of law, filed contemporaneously herewith.   A proposed Order granting the relief sought is annexed to the Levitt Declaration as Exhibit K.

**WHEREFORE**, Plaintiffs' Lead Counsel and Plaintiffs' Executive Committee respectfully request that the Court grant the relief requested above.

**Dated:**  August 19, 2009

Respectfully submitted,

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**

By: /s/  Adam J. Levitt
Adam J. Levitt
Stacey T. Kelly

---

[1] For purposes of this motion, "action" includes those cases that have been or will be (a) part of this multidistrict litigation; (b) pending in a state court where a plaintiff's counsel includes at least one attorney who also serves as counsel for one or more plaintiffs, producer or non-producer, in an action that is, has been, or will be part of this MDL; and/or (c) includes any claim resolved that benefitted from plaintiffs' common benefit efforts.

55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Tel:  (312) 984-0000
Fax:  (312) 984-0001
levitt@whafh.com

***Plaintiffs' Designated Co-Lead Counsel***

**GRAY, RITTER & GRAHAM, P.C.**


By:  /s/  Don M. Downing
Don M. Downing, Bar # 41786
701 Market Street, Suite 800
St. Louis, Missouri  63101-1826
Tel:  (314) 241-5620
Fax:  (314) 241-4140
ddowning@grgpc.com

***Plaintiffs' Designated Co-Lead and Liaison Counsel***

Richard J. Arsenault
John Randall Whaley
Jean Paul P. Overton
**NEBLETT BEARD & ARSENAULT, LLP**
2220 Bonaventure Court, P.O. Box 1190
Alexandria, Louisiana  71301
Tel: (800) 256-1050
Fax: (318) 561-2591

Scott E. Poynter
**EMERSON POYNTER LLP**
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas  72201
Tel:  (501) 907-2555
Fax:  (501) 907-2556

Stephen A. Weiss
Diogenes P. Kekatos
**SEEGER WEISS LLP**
One William Street
New York, New York  10004
Tel:  (212) 584-0700
Fax:  (212) 584-0799
Joe R. Whatley Jr.
Deborah Clark Weintraub

Adam P. Plant
**WHATLEY DRAKE & KALLAS LLP**
2001 Park Place North, Suite 1000
Birmingham, Alabama  35203
Tel: (205) 328-9576
Fax: (205) 328-9669

William Chaney
James L. Reed
William J. French
Michael Kelsheimer
Drew York
**LOOPER REED & MCGRAW**
1601 Elm Street Suite 4100
Dallas, Texas  75201
Tel:  (214) 237-6403
Fax:  (214) 953-1332

Ralph E. Chapman
Sara B. Russo
**CHAPMAN, LEWIS & SWAN**
501 First Street
P. O. Box 428
Clarksdale, Mississippi  38614
Tel:  (662) 627-4105
Fax:  (662) 627-4171

***Plaintiffs' Executive Committee***

15016

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that I have this 19th day of August 2009, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.


<u>/s/ Adam J. Levitt</u>