IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) ) ) ) | 4:06 MD 1811 CDP<br><br>ALL CASES |

**JOINT REPORT OF LEAD COUNSEL
FOR AUGUST 27, 2009 TELEPHONIC STATUS CONFERENCE**

Come now Don Downing and Adam J. Levitt, Lead Counsel for Plaintiffs, and Terry Lueckenhoff, Lead Counsel for Defendants and reports to the court that they believe the following matters will be taken up at the August 27, 2009 Telephonic Status Conference:

1. Deadline for expert disclosures related to Arkansas, Louisiana, and Texas initial producer trial pool plaintiffs.

2. Parties' agreement that the Missouri trial should proceed first and begin on November 2, 2009.

3. Possible combination of plaintiffs from Arkansas and Mississippi into one trial beginning January 11, 2010.

4. Discussion of pretrial procedures and timing of pretrial submissions.

5. Production of expert witness notes from interviews with plaintiffs.

                        Respectfully submitted,

                        /s/ Don M. Downing *(w/consent)*
                        Don M. Downing, #41786
                        Gray, Ritter & Graham, P.C.
                        701 Market Street, Suite 800
                        St. Louis, Missouri  63101

And

/s/ Adam J. Levitt *(w/consent)*
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603

*Lead Counsel for Plaintiffs*

/s/ Terry Lueckenhoff
Terry Lueckenhoff, #43843
Fox Galvin, LLC
One S. Memorial Drive, 12th Floor
St. Louis, Missouri  63102

*Lead Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Terry Lueckenhoff