UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE GENETICALLY MODIFIED RICE
LITIGATION

4:06 MD 1811 CDP
MDL Docket No. 1811

This document relates to:

VAN SILLEVOLDT RIJST, BV                                                                PLAINTIFF

           v.                                    CASE NO. 4:09-CV-00941 CDP

RIVIANA FOODS, INC.,
PRODUCERS RICE MILL, INC.,
RICELAND FOODS, INC.,
BAYER CORPORATION,
BAYER CROPSCIENCE LP, and
BAYER CROPSCIENCE HOLDING, INC.
                                                                                        DEFENDANTS

**RICELAND FOODS, INC.'S OBJECTION TO PLAINTIFF'S *LEXECON* WAIVER**

      COMES NOW Defendant Riceland Foods, Inc. ("Riceland") and hereby objects to the notice of *Lexecon* waiver (DN 23) filed by Plaintiff Van Sillevoldt Rijst, B.V. ("VSR"). Riceland objects to, and does not consent to, trial of this case in this jurisdiction. Riceland requests that this case be remanded to the transferor court for trial following the completion of these coordinated pretrial proceedings, as expressly provided in 28 U.S.C. § 1407(a).

      VSR references transfer to this Court pursuant to 28 U.S.C. § 1406(a). *See* DN 23, p. 1. VSR has not filed a motion to transfer pursuant to § 1406(a); nor would such a motion be well-taken. The Supreme Court's decision in *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26, 34 (1998) requires remand for trial, and transfer to this Court for trial (as VSR suggests) would be inappropriate absent consent of all parties. *See* MANUAL FOR COMPLEX

4987687

LITIGATION FOURTH, § 20.132, p. 223 & n. 666 (2004); *see also In re Brand-Name Prescription Drugs Antitrust Litig.*, 264 F. Supp. 2d 1372, 1377 & n. 4 (JPML 2003).

Riceland respects this Court's knowledge and expertise concerning the issues in this litigation. However, Riceland is headquartered in the Eastern District of Arkansas and prefers to have trial conducted there, where the venue is proper.

WHEREFORE, Defendant Riceland Foods, Inc. respectfully requests that, since all parties to this case have not consented to trial in this jurisdiction, this case should be remanded to the transferor court following the conclusion of these coordinated pretrial proceedings.

 Respectfully submitted,

 BARRETT & DEACON, P. A.
 Barry Deacon
 Andrew H. Dallas
 300 South Church Street
 P.O. Box 1700
 Jonesboro, Arkansas 72403
 870-931-1700
 870-931-1800 (facsimile)

 THOMPSON COBURN LLP

 By: /s/ Christopher M. Hohn
  John R. Musgrave, #3917
  Christopher M. Hohn, #62067
  One US Bank Plaza, Suite 2600
  St. Louis, Missouri 63101
  314-552-6000
  FAX 314-552-7000

 Attorneys for Defendant Riceland Foods, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this August 20, 2009, upon all counsel of record.

                                    /s/ Christopher M. Hohn