UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | |
| RICE LITIGATION | ) | Case No. 4:06MD1811 CDP |
| | ) | |

This Order Relates to:
*Hopeso Farms & Anderson Pltg. Co. II*  Case No. 4:07CV1762 CDP
*v.*
*Bayer CropScience, LP*

## ORDER

For the reasons stated in plaintiff's motion,

**IT IS HEREBY ORDERED** that plaintiffs Hopeso Farms and Anderson Planting Co. II's motion to file a first amended complaint [#1429, #11] is GRANTED, and the first amended complaint is deemed filed today.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of September, 2009.