UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE GENETICALLY MODIFIED          )
RICE LITIGATION                          )          Case No. 4:06MD1811 CDP
                                                )


This Order Relates to:
*Robert Bennett, et al.*                              Case No. 4:08CV1629 CDP
*v.*
*Bayer CropScience, LP, et al.*


# ORDER

    For the reasons stated in plaintiff's motion,

    **IT IS HEREBY ORDERED** that plaintiff Robert Bennett's motion to file

a second amended complaint [#1430, # 12] is GRANTED, and the second

amended complaint is deemed filed today.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 9th day of September, 2009.