# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION ) ) ) ) ) | 4:06 MD 1811 CDP<br><br>ALL CASES |

## JOINT REPORT OF LEAD COUNSEL
## FOR SEPTEMBER 24, 2009 TELEPHONIC STATUS CONFERENCE

Come now Don Downing and Adam J. Levitt, Lead Counsel for Plaintiffs, and Terry Lueckenhoff, Lead Counsel for Defendants and report to the court that they believe the following matters will be taken up at the September 24, 2009 Telephonic Status Conference:

1. European Non-Producers' (ENPs) Motions to Compel Production of Documents from third parties (Doc. #1477, Doc. #1478) (John Baker, ENP Liaison Counsel).

2. Four month realignment/extension of remaining deadlines found in Section IV 2 of CMO 16 (Doc. #1129) (John Baker, ENP Liaison Counsel).

3. Trial Schedule for Thanksgiving Week.

Respectfully submitted,

*/s/ Don M. Downing (w/consent)*
Don M. Downing, #41786
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, Missouri  63101

And

*/s/ Adam J. Levitt (w/consent)*
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603

*Lead Counsel for Plaintiffs*

*/s/ Terry Lueckenhoff*
Terry Lueckenhoff, #43843
Fox Galvin, LLC
One S. Memorial Drive, 12th Floor
St. Louis, Missouri  63102
*Lead Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Terry Lueckenhoff*