# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **W. Royal Furgeson, Jr.**<br>United States District Court<br>Northern District of Texas | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | **Kathryn H. Vratil**<br>United States District Court<br>District of Kansas | **Frank C. Damrell, Jr.**<br>United States District Court<br>Eastern District of California | |
| | **David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

September 17, 2009

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL No. 1811 -- IN RE: Genetically Modified Rice Litigation

(See Attached CTO-33)

Dear Mr. Woodward:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 1, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel and judges are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *Dana L. Stewart*
Dana L. Stewart
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge: Judge Catherine D. Perry

JPML Form 36A

IN RE: GENETICALLY MODIFIED RICE LITIGATION                MDL No. 1811

## INVOLVED COUNSEL LIST (CTO-33)

Charles A. Banks
BANKS LAW FIRM PLLC
P.O. Box 251310
Little Rock, AR 72225-1310

Joseph Henry Bates, III
CARNEY WILLIAMS BATES BOZEMAN
& PULLIAM PLLP
11311 Arcade Drive
Suite 200
Little Rock, AR 72212

Andy D. Birchfield, Jr.
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
P.O. Box 4160
Montgomery, AL 36103

John P. Byrd
HARE WYNN NEWELL & NEWTON LLP
Metropolitan National Plaza
4220 North Rodney Parham Road
Suite 250
Little Rock, AR 72212

Russell Davy Carter, III
CARTER WALLKER PLLC
P.O. Box 628
Cabot, AR 72023

R. Margaret Dobson
DOBSON LAW FIRM
P.O. Box 459
Sheridan, AR 72150

Don M. Downing
GRAY RITTER & GRAHAM PC
701 Market Street
Suite 800
St. Louis, MO 63101-1826

Jerry Kelly
KELLY LAW FIRM
P.O. Box 500
Lonoke, AR 72086

Terry R. Lueckenhoff
FOX GALVIN LLC
One S. Memorial Drive
12th Floor
St. Louis, MO 63102

Jim Lyons
LYONS EMERSON & CONE PLC
P.O. Box 7044
Jonesboro, AR 72403-7044

Donald P. McKenna, Jr.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue, North
Suite 800
Massey Building
Birmingham, AL 35203

Martin J. Phipps
GOLDMAN PENNEBAKER PHIPPS PC
100 NE Loop 410
Suite 1500
San Antonio, TX 78216

Andrew K. York
LOOPER REED & MCGRAW PC
1601 Elm Street
Suite 4100
Dallas, TX 75201

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**                               MDL No. 1811

## INVOLVED JUDGES LIST (CTO-33)

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Suite D469
Little Rock, AR 72201

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

Hon. James Maxwell Moody
Senior U.S. District Judge
U.S. District Court
500 West Capitol Avenue
Room C446
Little Rock, AR 72201

Hon. William R. Wilson, Jr.
Senior U.S. District Judge
423 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Susan Webber Wright
U.S. District Judge
522 Richard Sheppard Arnold  U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 01, 2009**

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

IN RE: GENETICALLY MODIFIED RICE LITIGATION          MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006).  Since that time, 273 additional actions have been transferred to the Eastern District of Missouri.  With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION                MDL No. 1811

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**               **CASE CAPTION**

ARKANSAS EASTERN
  ARE  1   09-36         Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-109        Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-110        B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
  ARE  2   09-111        Henry Kelly v. Bayer CropScience, LP, et al.
  ARE  2   09-116        Kirk Brann, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-118        Stanley Bosnick v. Bayer CropScience, LP
  ARE  2   09-119        Eloise Bosnick Family Trust v. Bayer CropScience, LP
  ARE  2   09-120        Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
  ARE  2   09-121        Bosnick Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-126        Dean Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-127        Jay Reiman, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-128        Darrell Brady, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-129        Steve Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-130        Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-131        Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
  ARE  3   09-132        Bullard Farms, Inc., et al. v. Bayer AG, et al.
  ARE  3   09-134        Louiese Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-135        Ninety-Six Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-136        South Bayou Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-137        Tool Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-138        BC&MC Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-139        Blue Lake Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-140        Bosnick Family Trust v. Bayer CropScience, LP
  ARE  3   09-141        Long Grain Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-142        Long Rows, Inc. v. Bayer CropScience, LP
  ARE  4   09-677        Lane Oliver, et al. v. Bayer CropScience, LP, et al.
  ARE  4   09-678        Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-230        Jason Smith, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-231        Rick Siems, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-232        Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-234        Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-235        Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-237        Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-239        Billy M. Long, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-240        Greg Hackney, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-241        James M. Craig, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-242        Wade Richter, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-243        Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-244        Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS EASTERN
   ARE  5  09-245          Brad Haynes, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-246          James Noble, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-247          Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-248          Curt Moore, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-249          John Worring, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-250          Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-251          Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-252          Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-253          Roy McCollum, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-254          Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-255          Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-256          Brooks Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-257          John Ross, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-258          Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-259          Gary Stone, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-260          Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-261          Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
   ARE  5  09-262          Talka Corp. v. Bayer CropScience, LP
   ARE  5  09-263          Stanley Welty v. Bayer CropScience, LP
   ARE  5  09-264          W.N. Gillison Revocable Trust v. Bayer CropScience, LP
   ARE  5  09-265          Dave Black, et al. v. Bayer CropScience, LP
   ARE  5  09-266          C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
   ARE  5  09-267          A&K Farms, Inc. v. Bayer CropScience, LP