UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IN RE GENETICALLY MODIFIED RICE LITIGATION | 4:06 MD 1811 CDP<br>ALL CASES |
|---|---|

### NOTICE OF CALL-IN NUMBERS FOR TELEPHONE STATUS CONFERENCE

As stated in Case Management Order No. 11, Plaintiffs' Lead Counsel is to make arrangements for all counsel who wish to participate in the monthly telephone status conference to be held **Thursday, September 24, 2009 at 12:30 pm central time**. For those counsel who wish to participate, they are directed to call **1-866-479-6576** and the participant code to use is **66233091#**.

Plaintiffs' Lead Counsel will call the Honorable Catherine D. Perry in her chambers promptly at 12:30 pm. It is important that participating counsel be on the conference call by 12:25 pm.

Respectfully submitted,

**GRAY, RITTER & GRAHAM, P.C.**

By: /s/ Don M. Downing
Don M. Downing, Bar # 41786
Gretchen Garrison, Bar # 3189
Jason D. Sapp, Bar #5218238
701 Market Street, Suite 800
St. Louis, Missouri 63101-1826
Tel: (314) 241-5620
Fax: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jsapp@grgpc.com

*Plaintiffs' Designated Co-Lead*

By: /s/ Adam J. Levitt
Adam J. Levitt
Stacey T. Kelly
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
levitt@whafh.com

*Plaintiffs' Designated Co-Lead and Liaison Counsel*

Richard J. Arsenault
John Randall Whaley
Jean Paul P. Overton
**NEBLETT BEARD & ARSENAULT, LLP**
2220 Bonaventure Court, P.O. Box 1190
Alexandria, Louisiana 71301
Tel: (800) 256-1050
Fax: (318) 561-2591

Scott E. Poynter
**EMERSON POYNTER LLP**
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

Stephen A. Weiss
Diogenes P. Kekatos
James A. O'Brien III
**SEEGER WEISS LLP**
One William Street
New York, New York 10004
Tel: (212) 584-0700
Fax: (212) 584-0799

Joe R. Whatley Jr.
Deborah Clark Weintraub
Adam P. Plant
**WHATLEY DRAKE & KALLAS LLP**
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Tel: (205) 328-9576
Fax: (205) 328-9669

William Chaney
James L. Reed
William J. French
Michael Kelsheimer
Drew York
**LOOPER REED & MCGRAW**
1601 Elm Street Suite 4100
Dallas, Texas 75201
Tel: (214) 237-6403
Fax: (214) 953-1332

Ralph E. Chapman
Sara B. Russo
**CHAPMAN, LEWIS & SWAN**
501 First Street
P. O. Box 428
Clarksdale, Mississippi 38614
Tel: (662) 627-4105
Fax: (662) 627-4171

*Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that I have this 21st day of September, 2009, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                                        /s/ Don M. Downing