IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION, | 4:06 MD 1811 CDP |

This document relates to:

| | |
|---|---|
| TILDA LTD | PLAINTIFF |
| v.   No. 4:07-CV-00457 CDP | |
| RICELAND FOODS, INC.; PRODUCERS RICE MILL, INC.; BAYER CROPSCIENCE INC.; BAYER CROPSCIENCE LP; BAYER CROPSCIENCE HOLDING, INC.; BAYER CROPSCIENCE, LLC; and BAYER CORPORATION | DEFENDANTS |
| VEETEE RICE LIMITED | PLAINTIFF |
| v.   No. 4:07-CV-01211 CDP | |
| RICELAND FOODS, INC.; PRODUCERS RICE MILL, INC.; RIVIANA FOODS, INC.; BAYER CROPSCIENCE LP; BAYER CORPORATION; BAYER AG; and BAYER CROPSCIENCE AG | DEFENDANTS |
| RICKMERS REISMUEHLE GMBH, | PLAINTIFF |
| v.   No. 4:08-CV-00499-CDP | |
| RICELAND FOODS, INC., | DEFENDANT |

| | |
|---|---|
| **RICKMERS REISMUEHLE GMBH** | **PLAINTIFF** |
| v.    No. 4:08-CV-00500-CDP | |
| **PRODUCERS RICE MILL, INC.,** | **DEFENDANT** |
| **VAN SILLEVOLDT RIJST, BV** | **PLAINTIFF** |
| v.    No. 4:09-CV-00941-CDP | |
| **RIVIANA FOODS, INC.;** <br> **PRODUCERS RICE MILL, INC.;** <br> **RICELAND FOODS, INC.;** <br> **BAYER CORPORATION; BAYER CROPSCIENCE LP; and** <br> **BAYER CROPSCIENCE HOLDING, INC.** | **DEFENDANTS** |
| **WESTMILL FOODS, LTD., a division of** <br> **ABF Grain Products** | **PLAINTIFF** |
| v.    No. 4:09-CV-00938-CDP | |
| **RIVIANA FOODS, INC.;** <br> **PRODUCERS RICE MILL, INC.;** <br> **BAYER CORPORATION; BAYER CROPSCIENCE LP; and** <br> **BAYER CROPSCIENCE HOLDING, INC.** | **DEFENDANTS** |

### RESPONSE OF EUROPEAN NON-PRODUCERS TO MOTION TO EXTEND DEADLINES IN EUROPEAN NON-PRODUCER CASES

European Non-Producers, Tilda Ltd. ("Tilda"), Veetee Rice Limited ("Veetee"), Rickmers Reismuehle GmbH ("Rickmers"), Van Sillevoldt Rijst, BV ("VSR"), and Westmill Foods ("Westmill") (collectively referred to as the "ENPs"), by their Court-appointed Liaison Counsel, John K. Baker, in Response to Riviana Food, Inc.'s Motion to Extend Deadlines ("Motion") in European Non-Producer Cases (Doc. #1540), state:

1. The allegations contained in paragraph one (1) of the Motion are admitted.

2. The allegations contained in the first sentence of paragraph two (2) of the Motion are admitted. The remaining allegations contained in paragraph two (2) of the Motion are denied.

3. The allegations contained in paragraph three (3) of the Motion are admitted. Additional grounds exist in support of a realignment of the remaining deadlines in the ENP cases. These additional grounds are the subject of and will be discussed with the Court at its September 24, 2009 Status Conference.

4. The allegations contained in paragraph four (4) of the Motion are denied. However, additional grounds exist in support of a realignment of the remaining deadlines in the ENP cases. These additional grounds are the subject of and will be discussed with the Court at its September 24, 2009 Status Conference.

5. Since the filing of the Motion, undersigned counsel and Bayer's counsel have endeavored to fashion a proposed realignment of the remaining deadlines in the ENP cases that is mutually agreeable to all parties in the ENP cases. From this endeavor and only on this date has unanimity of agreement been reached (save and except on the part of Riceland Foods, Inc.) on the following proposed realignment of the remaining deadlines found in Section IV 2 of CMO 16 (Doc. #1129) applicable to the ENP cases:

|  | New Deadline |
|---|---|
| PLAINTIFF EXPERT DISCLOSURES (damages only) | 10/12/2009 |
| PLAINTIFF EXPERT DISCLOSURES (liability only) | 11/23/2009 |
| COMPLETION OF PLAINTIFF EXPERT DEPOSITIONS | 1/15/2010 |
| DEFENDANT EXPERT DISCLOSURES | 2/15/2010 |
| COMPLETION OF DEFENDANT EXPERT DEPOSITIONS | 3/26/2010 |
| PLAINTIFF REBUTTAL EXPERT DISCLOSURES | 4/23/2010 |
| COMPLETION OF REBUTTAL EXPERT DEPOSITIONS | 5/17/2010 |
| FACT DISCOVERY CLOSES | 4/21/2010 |
| SUMMARY JUDGMENT AND DAUBERT MOTIONS |  |
|     MOTION DEADLINE | 6/1/2010 |
|     RESPONSE DEADLINE | 7/8/2010 |
|     REPLY DEADLINE | 8/5/2010 |

WHEREFORE, the ENPs pray that the Motion's relief is granted generally, but that the Court amends the remaining deadlines found in Section IV 2 of CMO 16 (Doc. #1129) with the above delineated dates as opposed to those discussed in the Motion.

BARBER, McCASKILL, JONES & HALE, P.A.
Attorneys for Tilda Ltd.
400 West Capitol Avenue, Suite 2700
Little Rock, AR 72201
(501) 372-6175

By:   /s/ Perry L. Wilson (with permission)
William H. Edwards, Jr.   AR BIN 80040
Perry L. Wilson   AR BIN 00017


SHULTS LAW FIRM, LLP
Attorneys for Veetee Rice Limited
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201
(501) 375-2301

By:   /s/ Debra K Brown (w/ permission)
Debra K. Brown   AR BIN 80068
Steven Shults   AR BIN 78139


MITCHELL WILLIAMS
Attorneys for Rickmers Reismuehle GmbH
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800

By:   /s/ John K. Baker
John K. Baker   AR BIN 97024
Alex T. Gray   AR BIN 2008127


FROST BROWN TODD, LLC
Attorneys for Van Sillevoldt Rijst, BV and Westmill Foods
400 West Market Street, 32nd Floor
Louisville, KY 40202
(502) 568-0333

By:   /s/ Ann E. Georgehead (with permission)
Michael K. Yarbrough   OH BIN 0023054
Ann E. Georgehead   KY BIN 85567
Christopher G. Johnson   KY BIN 91540

## **CERTIFICATE OF SERVICE**

    This is to certify that I have this 23rd day of September, 2009, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                                /s/ John K. Baker