# EXHIBIT A

TOTALLY CONFIDENTIAL / *USE THE LAST PAGE FOR EXTRA COMMENTS*

*Please answer the questions below to the best of your ability. We are interested in your true, honest and complete answers.*

1. Name:_____ Age:_____ Gender ( ) Male ( ) Female

2. Years lived in Missouri:_____ 4. Do you: ( ) rent ( ) own ( ) live with homeowners

3. What is the highest level of education you have had the opportunity to complete?_____

4. Please List any certificates or degrees earned, and your majors or specific areas of study:_____
   _____

5. What special training, education or interest do you have?_____
   _____

6. What is your current employment status?_____

7. Please list the following: current job, employer, job duties and how long you have held that position:_____
   _____
   _____

8. Please List your prior job(s), employers, job duties and when were you last employed at each: _____
   _____
   _____

9. What is your current marital status? _____

10. Please List your spouse or significant other's current and former job and job duties:_____
    _____

11. What political, social, civic, volunteer, professional, labor or religious organizations do you belong to or support?
    _____
    _____

12. What is your primary source of news?_____

13. What do you like to do in your free time?_____
    _____

14. What radio or television news or talk shows do you like to listen to or watch?_____
    _____

15. Have you ever heard of genetically modified crops? ( ) YES ( ) NO If **YES**, what have you read or heard?_____
    _____
    _____

16. Do you support or oppose the development of genetically modified food products?
    ( ) Support    ( ) Oppose    ( ) No opinion
    Please explain:_____
    _____
    _____

17. Have you read or heard about lawsuits involving some rice farmers and Bayer CropScience?
    ( ) YES ( ) NO ( ) UNSURE  If **YES** or **UNSURE**, please explain what you have read or heard:_____
    _____
    _____

18. If your answer to Question 17 was yes, have you formed an opinion about this lawsuit?
    ( ) YES ( ) NO ( ) Not Applicable   If **YES**, please explain: _____
    _____
    _____

19. Do you, a family member or someone close to you have any special knowledge, training or experience in agriculture?   ( ) YES ( ) NO  If **YES**, please identify person and describe experience:
    _____
    _____
    _____

20. Have you, a family member or someone close to you ever lived or worked on a farm?  ( ) YES  ( ) NO
    If **YES**: Who?_____When?_____

    List your/their job title or responsibilities:_____
    _____

    List the types of crops were grown on the farm:_____

21. Have you, a family member or someone close to you ever worked for or had any business or personal connections to a company called Bayer CropScience or any Bayer Company?   ( ) YES ( ) NO  If **YES**, please identify the person and describe his/her employment or connection to the company:
    _____
    _____
    _____

22. Have you, a family member or someone close to you ever worked for or had any business or personal connections to the agricultural chemical companies Monsanto, Aventis, AgrEvo or any other agricultural chemical company? ( ) YES ( ) NO  If **YES**, please identify the person and describe his/her employment or connection to the company: _____
    _____
    _____

23. Have you, a family member or someone close to you ever owned your own business? ( ) YES ( ) NO
    If **YES**, please describe who, the nature and the current status of the business:_____
    _____
    _____

24. Have you ever had any direct experience or knowledge with any of the following:

    Sales or exports to foreign markets? ( ) YES ( ) NO
    Importing good or services from foreign markets into the United States? ( ) YES ( ) NO
    Regulations that affect imports or exports between the United States and foreign countries? ( ) YES ( ) NO
    Regulations that affect food or agriculture? ( ) YES ( ) NO

    If **YES** to any of the above please explain your experience or knowledge:_____
    _____
    _____
    _____

25. Have you or a family member ever filed a lawsuit claiming money damages? ( ) YES ( ) NO If **YES**, please explain:
    _____
    _____

    Were you/they ( ) satisfied or ( ) dissatisfied with the outcome? Why?_____
    _____

26. Have you or a family member ever been sued? ( ) YES ( ) NO If **YES**, please explain:_____
    _____
    _____

    Were you ( ) satisfied or ( ) dissatisfied with the outcome? Why?_____
    _____

27. Have you or a family member ever thought you had a reason to file a lawsuit, but decided not to sue?
    ( ) YES ( ) NO If **YES**, please describe the situation and why you/they chose not to sue.
    _____
    _____
    _____

28. This trial is expected to last 3-4 weeks. A trial of this length creates some amount of difficulty for anyone, of course. However, please state whether service as a juror on this case cause you an <u>extraordinary hardship</u> that would make it difficult to serve as a juror?
    ( ) YES ( ) NO ( ) UNSURE If **YES** or **UNSURE**, please explain:_____
    _____
    _____

**PLEASE USE THE SPACE BELOW FOR ADDITIONAL ANSWERS TO THE QUESTIONS.
PLEASE WRITE THE QUESTION NUMBER NEXT TO YOUR RESPONSE. THANK YOU.**