# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) 4:06 MD 1811 CDP ) ) ALL CASES ) |

## NOTICE OF VIDEOTAPED DEPOSITIONS OF EXPERTS

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Bayer CropScience LP will take the depositions of the following deponents as listed below, continuing thereafter until completed. The depositions will be recorded by a certified shorthand court reporter and by videotape.

| DATE | DEPONENT | LOCATION OF DEPOSITION |
|---|---|---|
| October 19, 2009 9:00 am local time | Bruce Babcock | Bartlit Beck Herman Palenchar & Scott LLP 1899 Wynkoop St., 8th Floor Denver, CO 80202 |
| October 19, 2009 (deposition to begin after Dr. Babcock's is completed) | Colin Carter | Bartlit Beck Herman Palenchar & Scott LLP 1899 Wynkoop St., 8th Floor Denver, CO 80202 |
| October 20, 2009 9:00 am local time | Eric Frye | Bartlit Beck Herman Palenchar & Scott LLP 1899 Wynkoop St., 8th Floor Denver, CO 80202 |

Pursuant to the Deposition Protocol set forth in the Agreed Order Setting Deposition Protocol entered December 3, 2007, please provide notice of intent to attend a deposition by contacting Renée Grimmett at renee.grimmett@bartlit-beck.com or (303) 592-3168, with the name and party affiliation of those who plan on attending the deposition at least seven (7) days before the deposition.

Dated this 13th day of October, 2009.

        Respectfully submitted,

        /s/ *Eric R. Olson*
            Eric R. Olson

| | |
|---|---|
| William F. Goodman, III | Terry Lueckenhoff, #43843 |
| Joseph J. Stroble | **FOX GALVIN LLC** |
| Elizabeth M. Gates | One South Memorial Drive, 12th Floor |
| **WATKINS & EAGER** | St. Louis, Missouri 63102 |
| The Emporium Bldg. | |
| 400 East Capitol Street, Suite 300 | Glen E. Summers |
| Post Office Box 650 | Lester Houtz |
| Jackson, Mississippi 39205-0650 | Eric R. Olson |
| | John M. Hughes |
| Mark E. Ferguson | **BARTLIT BECK HERMAN PALENCHAR** |
| Stephen Cowen | **& SCOTT LLP** |
| **BARTLIT BECK HERMAN PALENCHAR &** | 1899 Wynkoop Street, 8th Floor |
| **SCOTT LLP** | Denver, Colorado 80202 |
| Courthouse Place | |
| 54 West Hubbard Street, Suite 300 | |
| Chicago, Illinois 60610 | |

*ATTORNEYS FOR BAYER CROPSCIENCE LP*

## **CERTIFICATE OF SERVICE**

  This is to certify that I have this 13th day of October, 2009, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.

              /s/ *Eric R. Olson*
              Eric R. Olson