IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION ) ) ) ) ) | 4:06 MD 1811 CDP<br><br>ALL CASES |

PLAINTIFFS' OBJECTIONS TO
MARK HALSEY DEPOSITION DESIGNATIONS

| CITE | OBJECTION | COUNTERDESIGNATION |
|---|---|---|
| 9:23 – 10:4 | | |
| 10:8-14 | | |
| 10:23 – 11:19 | | |
| 12:8-19 | | |
| 37:14 – 40:16 | | |
| | | 59;1–9 |
| | | 59:12 – 61:5 |
| | | 61:8-14, 17–19 |
| | | 61:21 – 62:2 |
| | | 62:5 – 63:1 |
| 68:23 – 70:12 | | |
| 70:15 – 74:4 | | |
| 74:7-18 | | |
| 74:21 – 75:2 | | |
| 75:5–16; 75:19 - 76:12; 76:15 – 77:8; 77:11 – 77:23; 78:1 -21 | Object to relevance. The Question and Answer address containment, defined by Dr. Halsey as being within a physical structure and does not apply to field trials. | |
| 89:23 – 92:8 | | |
| 98:14 – 99:4 | | |
| | | 95:13–24 |
| | | 100:1–13; 102:14-20; 102:23 – 103:8 |
| | | 95:3–24 |
| | | 96:3 – 97:2 |
| | | 97:5 – 98:13 |

{797063 / 061145}

|  |  |  |
|---|---|---|
|  |  | 114:15 – 116:12 |
|  |  | 133:2-11; 134:2–9 |
|  |  | 141:9–12, 15-8 |
|  |  | 141:21 – 142:7 |
|  |  | 142:16–18 |
|  |  | 142:21 – 143:12 |
|  |  | 144:20 – 145:9 |
|  |  | 145:12 – 146:11 |
| 146:17-20 |  |  |
| 146:23 – 147:1 |  |  |
| 147:13-22 |  |  |
| 148:1-6 |  |  |
| 148:9-11 |  |  |
|  |  | 148:12-14 |
|  |  | 148:17-20 |
| 148:21 – 149:1 |  |  |
| 149:4-10 |  |  |
| 149:13 - 17 |  |  |
|  |  | 151:1–3 |
|  |  | 151:6–24 |
|  |  | 152:3–17 |
|  |  | 152:19 – 153:11 |
| 155:9-13 |  |  |
| 155:16–21 |  |  |
|  | Add conclusion in report that Bayer did not achieve the standard. | 155:18-24 |
| 155:24 |  |  |
|  |  | 156:12 – 157:5 |
|  |  | 158:2 – 160:18 |
|  |  | 165:4 – 167:9 |
|  |  | 169:24 – 170:7 |
|  |  | 170:16 – 174:2 |
|  |  | 174:5 – 175:9 |
|  |  | 175:12 – 176:17 |
|  |  | 176:20 – 179:11 |
| 184:10–15 |  |  |
|  |  | 184:16-19 |
|  |  | 184:22 – 185:14 |
| 187:14–19 | object to relevance |  |
| 188:2–19 |  |  |
| 188:24 – 189:21 | Object to this line of questioning. Whether irrational is irrelevant. |  |

|  |  |  |
|---|---|---|
| 189:24 – 190:11 |  |  |
| 190:14 – 191:13 | Object to relevance |  |
| 191:16–21 |  |  |
| 191:24 |  |  |
|  |  | 192:1-14 |
|  |  | 192:17 – 194:3 |
| 195:6 – 197:2 |  |  |
|  |  | 210:9–15 |
|  |  | 210:18 – 211:3 |
|  |  | 226:6–22 |
|  |  | 227:1–14 |
|  |  | 227:17 – 228:5 |
|  |  | 235:4 – 236:17 |
|  |  | 250:6 – 251:10 |
|  |  | 251:22 – 252:4 |
|  |  | 252:9–19 |
|  |  | 252:24 – 253:14 |
|  |  | 254:3-6 |
|  |  | 254:9-23 |
|  |  | 255:6 – 256:21 |
|  |  | 265:23 – 267:8 |
|  |  | 294:5-9 |
|  |  | 294:12 – 295:17 |
| 295:18–21 |  |  |
| 295:24 – 296:7 |  |  |
| 296:10–15 |  |  |
| 296:18–24 |  |  |
| 297:3-4 |  |  |
|  |  | 299:18 – 300:1 |
|  |  | 300:4-15 |

Respectfully submitted,

**GRAY, RITTER & GRAHAM, P.C.**

By:/s/ Don M. Downing
Don M. Downing, Bar # 41786
Gretchen Garrison, Bar # 3189
Jason D. Sapp, Bar #5218238
701 Market Street, Suite 800
St. Louis, Missouri 63101-1826
Tel: (314) 241-5620
Fax: (314) 241-4140
ddowning@grgpc.com

{797063 / 061145}

ggarrison@grgpc.com
jsapp@grgpc.com

***Plaintiffs' Designated Co-Lead and Liaison Counsel***

By: /s/ Adam J. Levitt
Adam J. Levitt
Stacey T. Kelly
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
levitt@whafh.com
skelly@whafh.com

***Plaintiffs' Designated Co-Lead***

Richard J. Arsenault
John Randall Whaley
Jean Paul P. Overton
**NEBLETT BEARD & ARSENAULT, LLP**
2220 Bonaventure Court, P.O. Box 1190
Alexandria, Louisiana 71301
Tel: (800) 256-1050
Fax: (318) 561-2591

Scott E. Poynter
**EMERSON POYNTER LLP**
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

Stephen A. Weiss
Diogenes P. Kekatos
James A. O'Brien III
**SEEGER WEISS LLP**
One William Street
New York, New York 10004
Tel: (212) 584-0700
Fax: (212) 584-0799

{797063 / 061145}

Joe R. Whatley Jr.
Deborah Clark Weintraub
Adam P. Plant
**WHATLEY DRAKE & KALLAS LLP**
2001 Park Place North, Suite 1000
Birmingham, Alabama  35203
Tel: (205) 328-9576
Fax: (205) 328-9669

William Chaney
James L. Reed
William J. French
Michael Kelsheimer
Drew York
**LOOPER REED & MCGRAW**
1601 Elm Street Suite 4100
Dallas, Texas  75201
Tel:  (214) 237-6403
Fax:  (214) 953-1332

Ralph E. Chapman
Sara B. Russo
**CHAPMAN, LEWIS & SWAN**
501 First Street
P. O. Box 428
Clarksdale, Mississippi  38614
Tel:  (662) 627-4105
Fax:  (662) 627-4171

*Plaintiffs' Executive Committee*

{797063 / 061145}

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have this 23rd day of October, 2009, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                                            /s/ Don M. Downing