UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH BELL and J. H. HUNTER FARMS LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:06MD1811 CDP ) |
| BAYER CROPSCIENCE LP, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came on for trial before the Court and jury on the claims of plaintiffs Kenneth Bell and Zachary Bell as partners of Bell Planting Company, plaintiff NEZ, Inc., plaintiffs Carolyn Bell, Charles Bell, Edwin Groves, Erin Bell, Nathan Bell, A.L. Blair, Bell AGCO LLC, Shawan Farms LLC, NAKE LLC, and ZANA LLC as partners of Bottom Farms, and plaintiff JH Hunter Farms, LLC; the issues having been duly tried, the Court having dismissed certain claims, and the jury having duly rendered its verdict on all remaining claims,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

1. Plaintiffs Kenneth Bell and Zachary Bell as partners of Bell Planting Company, Plaintiff NEZ, Inc., and plaintiffs Carolyn Bell, Charles Bell, Edwin Groves, Erin Bell, Nathan Bell, A.L. Blair, Bell AGCO LLC, Shawan Farms LLC,

NAKE LLC, and ZANA LLC as partners of Bottom Farms, shall have judgment against the defendants, jointly and severally, Bayer AG, Bayer CropScience, AG, Bayer BioScience NV, Bayer CropScience LP, Bayer CropScience Holding, Inc., Bayer CropScience, Inc., and Starlink Logistics, Inc., in the amount of $1,955,387.00, together with post-judgment interest as allowed by 28 U.S.C. §1961, and their costs of this action.

2. Plaintiff JH Hunter Farms, LLC shall have judgment against the defendants, jointly and severally, Bayer AG, Bayer CropScience, AG, Bayer BioScience NV, Bayer CropScience LP, Bayer CropScience Holding, Inc., Bayer CropScience, Inc., and Starlink Logistics, Inc., in the amount of $53,336.00, together with post-judgment interest as allowed by 28 U.S.C. §1961, and its costs of this action.

3. As this action involves parties other than those expressly referenced in paragraphs 1 and 2, and as the Court has determined pursuant to Federal Rules of Civil Procedure 54(b) that no just reason for delay exists, the Court directs that this judgment is final regarding all claims of the above-named plaintiffs.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2009.