IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | § § § § | 4:06 MD 1811 CDP<br>ALL CASES<br><br>Judge Catherine D. Perry |

DEFENDANT STARLINK LOGISTICS INC.'S
MOTION FOR JUDGMENT OR NEW TRIAL

Defendant StarLink Logistics Inc. ("SLLI"), formerly known as Aventis CropScience USA Holding Inc., makes this motion pursuant to Federal Rules of Civil Procedure 50 and 59.

SLLI has been held liable in this action solely in its capacity as the former general partner of Aventis CropScience USA, LP (now known as defendant Bayer CropScience LP). On January 5, 2010, Bayer CropScience LP moved for judgment as a matter of law, or alternatively, for a new trial. If judgment is entered as a matter of law as to Bayer CropScience LP, judgment must also be entered in favor of SLLI. If the judgment as to Bayer CropScience LP is vacated and a new trial ordered, the judgment as to SLLI must also be vacated for a new trial.

WHEREFORE, SLLI asks that the Court consider this motion and grant the relief sought herein.

Respectfully, submitted,

  /s/Pamela R. Mascari
Vance A. Gibbs (#1375)
Pamela R. Mascari (#25162)
KEAN, MILLER, HAWTHORNE,
D'ARMOND, MCCOWAN & JARMAN, L.L.P.
Post Office Box 3513
One American Place, 18th Floor
Baton Rouge, LA  70821
Phone:  (225) 387-0999
Fax:  (225) 388-9133

Attorneys for StarLink Logistics Inc.

1773718_1.DOC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 6, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record who have properly registered for electronic notification.

                                            /s/ Pamela R. Mascari