UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) | 4:06 MD 1811 CDP |

**This Order Relates to**:

| | |
|---|---|
| *Devillier v. Bayer CropScience LP* | 4:07CV522 CDP |
| *Brown et al. v. Bayer CropScience LP* | 4:07CV645 CDP |
| *Berzas et al. v. Bayer CropScience LP* | 4:07CV689 CDP |
| *Basile Canal Co., Inc. v. Bayer CropScience LP* | 4:07CV716 CDP |
| *Hebert Brothers Partnership et al. v. Bayer CropScience LP* | 4:07CV758 CDP |
| *Geisler Farms LLC et al. v. Bayer CropScience LP* | 4:07CV972 CDP |
| *Holloway v. Bayer CropScience LP* | 4:07CV1286 CDP |
| *Stephens et al. v. Bayer CropScience LP* | 4:07CV1287 CDP |
| *Holloway v. Bayer CropScience LP* | 4:07CV1289 CDP |
| *Elm Tree Planting Partnership v. Bayer CropScience LP et al.* | 4:07CV1775 CDP |
| *Amos et al. v. Bayer CropScience LP et al.* | 4:07CV1779 CDP |
| *Stutes v. Bayer CropScience LP* | 4:07CV1806 CDP |
| *Leblanc v. Bayer CropScience LP* | 4:07CV1808 CDP |
| *Mouton et al. v. Bayer CropScience LP* | 4:07CV1809 CDP |
| *Simon et al. v. Bayer CropScience LP et al.* | 4:07CV1838 CDP |
| *Girouard* | |

| | |
|---|---|
| v. Bayer CropScience LP et al. | 4:07CV1842 CDP |
| Wiese et al. | |
| v. Bayer CropScience LP et al. | 4:08CV877 CDP |
| Stasney et al. | |
| v. Bayer CropScience LP et al. | 4:08CV878 CDP |
| Boenisch et al. | |
| v. Bayer CropScience LP et al. | 4:08CV879 CDP |
| Wied et al. | |
| v. Bayer CropScience LP et al. | 4:08CV887 CDP |
| Dutcher et al. | |
| v. Bayer CropScience LP et al. | 4:08CV889 CDP |
| LKZ, Inc. | |
| v. Bayer CropScience LP | 4:08CV1210 CDP |
| Zachary Northcutt Farms | |
| v. Bayer CropScience LP | 4:08CV1211 CDP |
| Wleczyck et al. | |
| v. Bayer CropScience LP | 4:08CV1254 CDP |
| Abell et al. | |
| v. Bayer CropScience LP et al. | 4:08CV1255 CDP |
| Clipson et al. | |
| v. Bayer CropScience LP et al. | 4:08CV1256 CDP |
| Clipson et al. | |
| v. Bayer AG et al. | 4:08CV1258 CDP |
| Dugie et al. | |
| v. Bayer CropScience USA LP et al. | 4:08CV1259 CDP |
| Gertson et al. | |
| v. Bayer CropScience LP et al. | 4:08CV1261 CDP |
| Engstrom et al. | |
| v. Bayer AG et al. | 4:08CV1262 CDP |
| Guthman et al. | |
| v. Bayer CropScience LP et al. | 4:08CV1263 CDP |
| Hoffman et al. | |
| v. Bayer AG et al. | 4:08CV1267 CDP |
| Kramr et al. | |
| v. Bayer AG et al. | 4:08CV1268 CDP |
| Krenek et al. | |
| v. Bayer AG et al. | 4:08CV1270 CDP |

| | |
|---|---|
| *Pavlock et al.*<br>*v. Bayer AG et al.* | 4:08CV1272 CDP |
| *Pederson et al.*<br>*v. Bayer AG et al.* | 4:08CV1273 CDP |
| *Smaistrla et al.*<br>*v. Bayer AG et al.* | 4:08CV1276 CDP |
| *Macha et al.*<br>*v. Bayer AG et al.* | 4:08CV1277 CDP |
| *Thornton et al.*<br>*v. Bayer AG et al.* | 4:08CV1278 CDP |
| *Polak et al.*<br>*v. Bayer CropScience LP et al.* | 4:08CV1281 CDP |
| *BES Farming Inc. et al.*<br>*v. Bayer CropScience LP* | 4:08CV1282 CDP |
| *Korenek et al.*<br>*v. Bayer AG et al.* | 4:08CV1286 CDP |
| *W.S. Edwards, FLP et al.*<br>*v. Bayer CropScience LP et al.* | 4:08CV1540 CDP |
| *Devillier Seed Inc. et al.*<br>*v. Bayer CropScience LP* | 4:08CV2027 CDP |
| *Drounette et al.*<br>*v. Bayer CropScience LP et al.* | 4:09CV1241 CDP |
| *Bertrand et al.*<br>*v. Bayer CropScience LP et al.* | 4:09CV1246 CDP |

## **ORDER**

**IT IS HEREBY ORDERED** that all outstanding motions for leave to alter or amend complaints are GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of January, 2010.