# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

**Presiding Judicial Official** Catherine D. Perry  **Date** 2/02/10  **Case No.** 4:06-md-1811-CDP

In Re Genetically Modified Rice

Parties present for X JURY TRIAL  ꙮ NON JURY TRIAL  Day 16

Court Reporter T. Hopwood  Deputy Clerk K. Hisaw

Attorney(s) for Plaintiff(s) D. Downing, G. Garrison, W. Chaney, S. Powell, J. Sapp, A. York

Attorney(s) for Defendant(s) M. Ferguson, G. Summers, J. Hughes, J. Jones, V. Gibbs

ꙮ Jury impaneled and sworn.  ꙮ Opening Statement(s) of  ꙮ Plaintiff(s)  ꙮ Defendant(s) made.

ꙮ Plaintiff(s) evidence ꙮ commenced ꙮ resumed ꙮ and  ꙮ but not  ꙮ concluded.

Y Defendant(s) evidence  resumed ꙮ and Y but not Y concluded.

ꙮ Plaintiff(s) evidence in rebuttal ꙮ commenced ꙮ resumed ꙮ and ꙮ but not  ꙮ concluded.

ꙮ Defendant(s) evidence in surrebuttal ꙮ commenced ꙮ resumed ꙮ and ꙮ but not ꙮ concluded.

ꙮ Oral  ꙮ Written Motion for Judgment as a Matter of Law at close of  ꙮ pltf's case  ꙮ deft's case

ꙮ filed  ꙮ made/argued by  ꙮ pltf(s)  ꙮ deft(s)  ꙮ _____ and is ꙮ

Overruled/Denied  ꙮ Sustained  ꙮ Court's ruling reserved  ꙮ taken under submission  ꙮ taken with the case.

ꙮ Closing Arguments of counsel made.  ꙮ Case taken under advisement.

ꙮ (Simultaneous) briefs due _____.  ꙮ Case is settled.  Dismissal papers due _____.

ꙮ Jury charged and retires to consider its verdict(s) at ___ am/pm  ꙮ Verdict(s) returned at ___ am/pm

ꙮ Jury having been given a special verdict in the form of written interrogatories for finding of fact, retires to consider its verdict(s) at ___ am/pm  ꙮ Verdict(s) returned at ___ am/pm

ꙮ Jury unable to agree upon  its verdict(s) by ___am/pm is excused  to resume deliberations _____ at ___ am/pm ꙮ

The Court declares a MISTRIAL.  ꙮ Trial is reset _____.

ꙮ On motion of  ꙮ plaintiff  ꙮ defendant  ꙮ Court the jury is polled.

Y Proceedings to continue  02.03.10  at  8:45  a.m.

ꙮ Judgment is entered accordingly this date.  ꙮ Depositions  ꙮ Exhibits retained by  ꙮ Court  ꙮ Counsel.

---

**PROCEEDINGS COMMENCED:**  9:00 a.m. - 12:00 p.m.    **CONCLUDED:**  12:30 p.m. - 2:15 p.m.

Jury Instruction Conference  2:30 p.m. - 4:20 p.m.