IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) ) ) ) ) ) 4:06 MD 1811 CDP<br><br>ALL CASES |

JOINT REPORT OF LEAD COUNSEL
FOR MARCH 11, 2010 TELEPHONIC STATUS CONFERENCE

Don M. Downing and Adam J. Levitt, Lead Counsel for Plaintiffs, and Terry Lueckenhoff, Lead Counsel for Defendants, hereby report to the court that they believe the following matters will be taken up at the March 11, 2010 Telephonic Status Conference:

1. Proposed Order Regarding Dispositive/Daubert Motions in First Group of Cases to Be Remanded (Exhibit A). (Downing)

2. Proposed Order Regarding Pre-Trial Deadlines for the Fifth Bellwether Trial (Texas Producer Plaintiffs (Exhibit B). (Downing)

3. This Court's Memorandum and Order Denying Defendants' Motion for Relief from Case Management Order 11. (Lueckenhoff)

Respectfully submitted,

/s/ Don M. Downing
Don M. Downing, #41786
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101

And

/s/ Adam J. Levitt *(w/consent)*
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLC

{818676 / 061145}

55 West Monroe Street, Suite 1111
Chicago, Illinois 60603

*Lead Counsel for Plaintiffs*

/s/ Terry Lueckenhoff *(w/consent)*
Terry Lueckenhoff, #43843
Fox Galvin, LLC
One S. Memorial Drive, 12th Floor
Saint Louis, Missouri 63102

*Lead Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Don M. Downing