# EXHIBIT

# A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **IN RE GENETICALLY MODIFIED RICE LITIGATION** | **4:06 MD 1811 CDP**<br>**ALL CASES**<br><br>**FILED UNDER SEAL** |

**PROPOSED ORDER REGARDING DISPOSITIVE/DAUBERT MOTIONS**
**IN FIRST GROUP OF CASES TO BE REMANDED**

The following shall modify the procedures and deadlines set forth in CMO-20 for filing dispositive and *Daubert* motions in the First Group of Cases to be Remanded.

a. For cases being remanded to the **Eastern District of Arkansas**, the parties should carefully review the Court's December 9, 2009, Memorandum and Order, which ruled on dispositive and *Daubert* motions filed in the Second Bellwether Trial (which involved Arkansas and Mississippi Plaintiffs)(D.I. 2075), and focus their briefing on issues not addressed by that ruling. The Court is not precluding the parties from raising issues the Court already addressed in that ruling, but only new or supplemental points on those issues should be included. **The briefing scheduling** for dispositive *Daubert* motions in these cases **shall remain the same as set forth in CMO-20** (**June 11, 2010** for the motions, **July 1, 2010** for briefs in opposition and **July 11, 2010** for reply briefs.)

b. For cases to be remanded to the **Western District of Louisiana**, any motions for summary judgment or motions to exclude or limit testimony under *Daubert* or for any other reason must be filed **no later than 30 days after the date the Court issues its rulings on such motions filed in the Fourth Bellwether trial**, which

involves Louisiana Producer Plaintiffs. Given that the trial date for that trial is June 21, 2010, the Court anticipates that it will rule on *Daubert* and dispositive motions before that date. Briefs in opposition must be filed **no later than three weeks after the due date for the motions**, and replies must be filed **no later than two weeks thereafter**. The parties are likewise encouraged to review carefully the Court's rulings in the Fourth Bellwether Trial and avoid repetitive arguments that are addressed in the Court's rulings.

c. For cases being remanded to the **Southern District of Texas**, any motions for summary judgment or motions to exclude or limit testimony under *Daubert* or for any other reason must be filed **no later than 30 days after the date the Court issues its rulings on such motions in the Fifth Bellwether Trial**, which involves Texas Producer Plaintiffs. Those motions should be ruled upon by the end of September, 2010 as the trial is tentatively scheduled to begin in October 2010. Briefs in opposition must be filed **no later than three weeks after the due date for the motions**, and replies must be filed **no later than two weeks thereafter**. The parties are likewise encouraged to review carefully the Court's rulings in the Fifth Bellwether Trial and avoid repetitive arguments that are addressed in the Court's ruling.

          Respectfully submitted,

          **GRAY, RITTER & GRAHAM, P.C.**

          By: /s/ Don M. Downing
          Don M. Downing, Bar # 41786
          Gretchen Garrison, Bar # 3189
          Jason D. Sapp, Bar #5218238
          701 Market Street, Suite 800

St. Louis, Missouri 63101-1826
Tel: (314) 241-5620
Fax: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jsapp@grgpc.com
*Plaintiffs' Designated Co-Lead*


By: /s/ Adam J. Levitt
Adam J. Levitt
Stacey T. Kelly
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
levitt@whafh.com

*Plaintiffs' Designated Co-Lead and Liaison Counsel*

Richard J. Arsenault
John Randall Whale
Jennifer Hoekstra
**NEBLETT BEARD & ARSENAULT, LLP**
2220 Bonaventure Court, P.O. Box 1190
Alexandria, Louisiana 71301
Tel: (800) 256-1050
Fax: (318) 561-2591

Scott E. Poynter
**EMERSON POYNTER LLP**
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas 72201
Tel: (501) 907-2555
Fax: (501) 907-2556

Stephen A. Weiss
Diogenes P. Kekatos
James A. O'Brien III
**SEEGER WEISS LLP**
One William Street
New York, New York 10004

{818205 / 061145}                     3

Tel: (212) 584-0700
Fax: (212) 584-0799

Joe R. Whatley Jr.
Deborah Clark Weintraub
Adam P. Plant
**WHATLEY DRAKE & KALLAS LLP**
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Tel: (205) 328-9576
Fax: (205) 328-9669

William Chaney
James L. Reed
William J. French
Michael Kelsheimer
Drew York
**LOOPER REED & MCGRAW**
1601 Elm Street Suite 4100
Dallas, Texas 75201
Tel: (214) 237-6403
Fax: (214) 953-1332

Ralph E. Chapman
Sara B. Russo
**CHAPMAN, LEWIS & SWAN**
501 First Street
P. O. Box 428
Clarksdale, Mississippi 38614
Tel: (662) 627-4105
Fax: (662) 627-4171

*Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have this 4th day of March, 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                                    /s/ Don M. Downing