# EXHIBIT

# B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | 4:06 MD 1811 CDP<br>ALL CASES<br><br>**<u>FILED UNDER SEAL</u>** |

**PROPOSED ORDER REGARDING PRE-TRIAL DEADLINES FOR THE
<u>FIFTH BELLWEATHER TRIAL (TEXAS PRODUCER PLAINTIFFS)</u>**

The following shall modify the procedures and deadlines as set forth in CMO-20 for the Fifth Bellwether Trial (Texas Producer Plaintiffs).

a. The plaintiffs in the Fifth Bellwether Trial are Lee Hafernick and related entities and James and Carol Gentz and related entities.

b. Any motions to dismiss; for summary judgment, motions for judgment on the pleadings, or *Daubert* motions or other motions to exclude or limit expert testimony must be filed no later than **<u>July 30, 2010</u>**. Opposition briefs shall be filed no later than **<u>August 20, 2010</u>** and any reply brief shall be filed no later than **<u>September 3, 2010</u>**.

c. Initial pre-trial submissions must be filed no later than **<u>September 15, 2010</u>**, the second part of the submissions must be filed no later than **<u>September 24, 2010</u>**, and a final pre-trial conference will be held on **<u>Thursday, September 30, 2010 at 10:00 am</u>**. Pre-trial submissions will follow the form set out in docket #1325, except that motions in limine must be field with the first part of the submissions.

{818317 / 061145}

Respectfully submitted,

**GRAY, RITTER & GRAHAM, P.C.**

By: /s/ Don M. Downing
Don M. Downing, Bar # 41786
Gretchen Garrison, Bar # 3189
Jason D. Sapp, Bar #5218238
701 Market Street, Suite 800
St. Louis, Missouri 63101-1826
Tel: (314) 241-5620
Fax: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jsapp@grgpc.com
*Plaintiffs' Designated Co-Lead*


By: /s/ Adam J. Levitt
Adam J. Levitt
Stacey T. Kelly
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 984-0001
levitt@whafh.com

*Plaintiffs' Designated Co-Lead and Liaison Counsel*


Richard J. Arsenault
John Randall Whale
Jennifer Hoekstra
**NEBLETT BEARD & ARSENAULT, LLP**
2220 Bonaventure Court, P.O. Box 1190
Alexandria, Louisiana 71301
Tel: (800) 256-1050
Fax: (318) 561-2591

Scott E. Poynter
**EMERSON POYNTER LLP**
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas 72201

Tel: (501) 907-2555
Fax: (501) 907-2556

Stephen A. Weiss
Diogenes P. Kekatos
James A. O'Brien III
**SEEGER WEISS LLP**
One William Street
New York, New York  10004
Tel: (212) 584-0700
Fax: (212) 584-0799

Joe R. Whatley Jr.
Deborah Clark Weintraub
Adam P. Plant
**WHATLEY DRAKE & KALLAS LLP**
2001 Park Place North, Suite 1000
Birmingham, Alabama  35203
Tel: (205) 328-9576
Fax: (205) 328-9669

William Chaney
James L. Reed
William J. French
Michael Kelsheimer
Drew York
**LOOPER REED & MCGRAW**
1601 Elm Street Suite 4100
Dallas, Texas  75201
Tel: (214) 237-6403
Fax: (214) 953-1332

Ralph E. Chapman
Sara B. Russo
**CHAPMAN, LEWIS & SWAN**
501 First Street
P. O. Box 428
Clarksdale, Mississippi  38614
Tel: (662) 627-4105
Fax: (662) 627-4171

*Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that I have this 4th day of March, 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                                                /s/ Don M. Downing