IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) ) ) ) | 4:06 MD 1811 CDP<br><br>ALL CASES |

**SUPPLEMENTAL JOINT REPORT OF LEAD COUNSEL
FOR MARCH 11, 2010 TELEPHONIC STATUS CONFERENCE**

COME NOW Terry Lueckenhoff, Lead Counsel for Defendants, and Don Downing and Adam J. Levitt, Lead Counsel for Plaintiffs hereby supplement the Joint Report (#2609) submitted on March 3, 2010, with the additional item listed in paragraph #4 below.

4. Veetee Rice Limited's Motion for Relief from the Preservation Order (#2597).

(Baker)

Respectfully submitted,

/s/ Terry Lueckenhoff
Terry Lueckenhoff, #43843
Fox Galvin, LLC
One S. Memorial Drive, 12th Floor
St. Louis, Missouri  63102

*Lead Counsel for Defendants*

/s/ Don M. Downing *(w/consent)*
Don M. Downing, #41786
Gray, Ritter & Graham, P.C.
701 Market Street, Suite 800
St. Louis, Missouri  63101

And

/s/ Adam J. Levitt *(w/consent)*
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Terry Lueckenhoff