UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: GENETICALLY MODIFIED RICE LITIGATION | 4:06 MD 1811 CDP ALL CASES |

**This Notice relates to:**

| | |
|---|---|
| Tilda, Ltd. v Riceland Foods, et al | Case No. 4:07CV0457 CDP |
| Veetee Rice, Ltd. v Riceland Foods, et al | Case No. 4:07CV1211 CDP |
| Rickmers Reismuehle GmbH v Riceland Foods, Inc. | Case No. 4:08CV0499 CDP |
| Rickmers Reismuehle GmbH v Producers Rice Mill, Inc. | Case No. 4:08CV0500 CDP |
| Westmill Foods, Ltd. v Riviana Foods, et al | Case No. 4:09CV0938 CDP |
| Van Sillevoldt Rijst B.V. v Riviana Foods, et al | Case No. 4:09CV0941 CDP |

## AMENDED NOTICE OF DEPOSITION OF JAMES W. WARSHAW

PLEASE TAKE NOTICE that Plaintiffs Tilda, Ltd., Veetee Rice, Ltd., Rickmers Reismuehle GmbH, Westmill Foods, Ltd., and Van Sillevoldt Rijst B.V. (collectively referred to as "ENPs") will take the deposition of Producers Rice Mill, Inc.'s liability expert, **James Warshaw** on March 30, 2010, beginning at 9:00 am, at the offices of Bohrer Law Firm, 8712 Jefferson Highway, Suite B, Baton Rouge, LA.

The deposition is being taken upon oral examination pursuant to Federal Rule of Civil Procedure 30, and the testimony shall be recorded by stenographic means pursuant to Rule 30(b)(3), before an officer duly authorized to take depositions in accordance with

Rule 28 of the Federal Rules of Civil Procedure.

The deposition noticed here is expected to last for the full seven (7) hours as permitted by Rule 30(d)(1), without prejudice to ENP's right to seek additional time if needed for a fair and complete examination of the deponent, or if the deponent, any person, or other circumstances, impedes or delays the examination. The deposition is being taken for the purpose of discovery, for use at trial, and for all other purposes permitted by law.

Pursuant to enumerated section six (6) of the Deposition Protocol set forth in the Agreed Order Setting Deposition Protocol entered December 3, 2007, please provide notice of intent to attend this deposition by contacting Perry Wilson at pwilson@barberlawfirm.com with the name and party affiliation of those who plan on attending the deposition (in person or by telephone) at least five (5) days before the deposition.

DATED this 10th day of March, 2010.

        Respectfully submitted,

        BARBER, McCASKILL, JONES & HALE, P.A.
        Attorneys for Tilda, Ltd
        400 West Capitol Avenue, Suite 2700
        Little Rock, Arkansas   72201
        (501) 372-6175

        BY /s/ Perry L. Wilson
            Perry L. Wilson        AR BIN 00017

        /s/ Debra K. Brown (with permission)
        SHULTS LAW FIRM, LLP
        Attorneys for Veetee Rice, Ltd.
        200 West Capitol Avenue, Suite 1600
        Little Rock, AR   72201
        (501) 375-2301

/s/Alex T. Gray (with permission)

John Keeling Baker
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
Attorneys for Rickmers Reismuehle GmbH
425 West Capitol Avenue, Suite 1800
Little Rock, AR   72201
(501) 688-8800

/s/Ann E. Georgehead (with persmission)
Christopher G. Johnson
FROST BROWN TODD, LLC
Attorneys for Westmill Foods, Ltd. and
    Van Sillevoldt Rijst B.V.
400 West Market Street, 32nd Floor
Louisville, KY 40202
(502) 589-5400

And

/s/ Michael K. Yarbrough (with permission)
FROST BROWN TODD LLC
Attorneys for Westmill Foods, Ltd. and
    Van Sillevoldt Rijst B.V.
One Columbus, Suite 2300
10 West Broad Street
Columbus, OH   43215
(614) 464-1211

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically by means of the Court's CM/ECF electronic filing system on March 10, 2010, on all counsel of record.

/s/ Perry L. Wilson