UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE GENETICALLY MODIFIED   )   Case No. 4:06MD1811 CDP
RICE LITIGATION              )   ALL CASES

## AMENDMENT TO CASE MANAGEMENT ORDER No. 20

**IT IS HEREBY ORDERED** that pursuant to the parties' joint motion [#2651] certain deadlines in CMO No. 20 are modified as follows:

1. **First Group of Cases to be Remanded**

    a.   Plaintiffs shall disclose expert witnesses related to issues of individual damages and provide the reports required by Federal Rule of Civil Procedure 26(a)(2) no later than **June 7, 2010**, and shall make these expert witnesses available for depositions, and have depositions completed, no later than **June 28, 2010**.

    c.   Defendants shall disclose expert witnesses related to issues of individual damages and provide the reports required by Federal Rule of Civil Procedure 26(a)(2) no later than **July 6, 2010**, and shall make these expert witnesses available for depositions, and have depositions completed, no later than **July 21, 2010**.

    d.   All discovery shall be completed no later than **July 21, 2010**.

    e.   The schedule for briefing on motions for summary judgment or motions to exclude or limit expert testimony under *Daubert* or for any other reason will be set by future order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2010.