**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | 4:06 MD 1811 CDP |

**This Also Applies to the Following Cases:**

| | |
|---|---|
| Beaumont Rice Mills, Inc., et al. v. Bayer CropScience LP, et al. | Case No. 4:07-cv-00524-CDP |
| Cache River Valley Seed, LLC, et al. v. Bayer CropScience LP, et al. | Case No. 4:07-cv-1293-CDP |
| Farmers Rice Milling Co., Inc. v. Bayer CropScience LP | Case No. 4:07-cv-01780-CDP |
| Gulf Pacific Rice Co., Inc., et al. v. Bayer CropScience, LP, et al. | Case No. 4:08-cv-01545-CDP |
| Kennedy Rice Dryers, LLC v. Bayer CropScience LP, et al. | Case No. 4:07-cv-01773-CDP |
| Phoenix Advisors Limited v. Bayer CropScience, LP, et al. | Case No. 4:08-cv-01794-CDP |
| Planters Rice Mill, LLC v. Bayer CropScience LP, et al. | Case No. 4:07-cv-01795-CDP |
| Texana Rice Mill, Ltd., et al. v. Bayer CropScience LP, et al. | Case No. 4:07-cv-00416-CDP |

**JOINT MOTION TO MODIFY CERTAIN NON-PRODUCER DEADLINES IN CASE MANAGEMENT ORDER 20**

The parties in the Beaumont Rice Mills, Inc., Cache River Valley Seed, LLC, Farmers Rice Milling Co., Inc., Gulf Pacific Rice Co., Kennedy Rice Dryers, LLC, Phoenix Advisors Limited, Planters Rice Mil, LLC and Texana Rice Mill, Ltd. cases are working diligently to

complete fact and expert discovery. In order to ensure this discovery takes place in an efficient manner and given the other obligations of counsel and the experts in related litigation, the parties in these cases have met and conferred and hereby jointly move to modify certain deadlines set forth in CMO 20 concerning these non-producer cases.

- The parties shall complete fact discovery no later than June 18, 2010.
- Any motions to dismiss, for summary judgment, motions for judgment on the pleadings, or motions to exclude or limit expert testimony under *Daubert* or for any other reason shall be filed no later than July 16, 2010. Opposition briefs shall be filed no later than August 16, 2010 and any reply brief shall be filed no later than August 30, 2010.

Dated:  April 6, 2010 Respectfully submitted,

/s/ *John M. Hughes*
John M. Hughes
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202


/s/ Terry Lueckenhoff  *(w/consent)*
Terry Lueckenhoff, #43843
**Fox Galvin, LLC**
One South Memorial Drive, 12th Floor
St. Louis, Missouri  63102

*Lead Counsel for Defendants*


**And**


/s/ William B. Chaney *(w/consent)*
William B. Chaney
**Looper Reed & McGraw, P.C.**
1601 Elm Street, Suite 4100
Dallas, Texas 72501

*Non-Producer Liason Counsel*


### CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John M. Hughes*