UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | |
| RICE LITIGATION | ) | Case No. 4:06MD1811 CDP |

**This Order Relates to:**

*Hopeso Farms & Anderson Pltg. Co. II*   Case No. 4:07CV1762 CDP
*v.*
*Bayer CropScience, LP*

## ORDER

**IT IS HEREBY ORDERED** that Aylstock, Witkin, Kreis & Overholtz PLLC's motion to withdraw as counsel for plaintiffs Hopeso Farms and Anderson Planting Company II [#9, filed Aug. 12, 2009] is GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2010