UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED<br>RICE LITIGATION | )<br>) | 4:06MD1811 CDP<br>ALL CASES |

## ORDER

Plaintiffs submitted a proposed trust instrument before the status conference held on June 1, 2010. I have reviewed the document and discussed it with the parties at the status conference. Receiving no objections to the form or content, I will approve the instrument.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' qualified settlement fund instrument [#2937-1] is APPROVED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2010.