IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION )<br>)<br>)<br>This Document Relates to: )<br>*Riceland Foods, Inc. v. Bayer AG, et al.*, )<br>4:09 CV 433 CDP )<br>) | 4:06 MD 1811 CDP |

**PLAINTIFFS' LEADERSHIP GROUP'S MOTION TO ENFORCE
THIS COURT'S COMMON BENEFIT ORDER AS TO RICELAND FOODS, INC.**

Plaintiffs' Court-appointed Co-Lead Counsel ("Lead Counsel") on their own behalf and on behalf of the Court-appointed members of Plaintiffs' Executive Committee and other plaintiffs' counsel who, at the direction, request, and supervision of Lead Counsel, actively have assisted in prosecuting this centralized multidistrict litigation (collectively, Plaintiffs' "Leadership Group"), respectfully moves this Court, upon the accompanying Memorandum of Law, dated January 18, 2011, and the exhibits attached thereto, for an Order enforcing this Court's February 24, 2010 Memorandum and Order (Dkt. No. 2574) (emphasis added) ("Common Benefit Order") over Riceland Foods, Inc.

**WHEREFORE**, for the reasons set forth in the accompanying supporting Memorandum of Law, the Leadership Group respectfully requests that this Court enter an Order enforcing the Common Benefit Order over Riceland Foods, Inc. and compelling the Bayer Defendants to hold back and set aside the aggregate amount of 10% (7% for attorneys' fees and 3% for common benefit costs and expenses) from any judgment, settlement, or other resolution of Riceland's claims against the Bayer Defendants arising out of the LLRICE contamination.

**Dated:**  January 18, 2011

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**


By:/s/  Adam J. Levitt
        Adam J. Levitt
        Stacey T. Kelly
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Tel:  (312) 984-0000
Fax:  (312) 984-0001
levitt@whafh.com
skelly@whafh.com

*Plaintiffs' Designated Co-Lead Counsel*


**GRAY, RITTER & GRAHAM, P.C.**


By:/s/  Don M. Downing
        Don M. Downing, Bar # 41786
        Gretchen Garrison Bar # 3189
        Jason D. Sapp #5218238
701 Market Street, Suite 800
St. Louis, Missouri  63101-1826
Tel:  (314) 241-5620
Fax:  (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jsapp@grgpc.com

*Plaintiffs' Designated Co-Lead and Liaison Counsel*

Richard J. Arsenault
John Randall Whaley
Jennifer M Hoekstra
**NEBLETT BEARD & ARSENAULT, LLP**
2220 Bonaventure Court, P.O. Box 1190
Alexandria, Louisiana  71301
Tel: (800) 256-1050
Fax: (318) 561-2591

Scott E. Poynter
**EMERSON POYNTER LLP**
500 President Clinton Avenue, Suite 305
Little Rock, Arkansas  72201
Tel:  (501) 907-2555
Fax:  (501) 907-2556

Stephen A. Weiss
Diogenes P. Kekatos
James A. O'Brien III
**SEEGER WEISS LLP**
One William Street
New York, New York  10004
Tel:  (212) 584-0700
Fax:  (212) 584-0799

Joe R. Whatley Jr.
Deborah Clark Weintraub
Adam P. Plant
**WHATLEY DRAKE & KALLAS LLP**
2001 Park Place North, Suite 1000
Birmingham, Alabama  35203
Tel: (205) 328-9576
Fax: (205) 328-9669

William Chaney
James L. Reed
William J. French
Michael Kelsheimer
Drew York
**LOOPER REED & MCGRAW**
1601 Elm Street Suite 4100
Dallas, Texas  75201
Tel:  (214) 237-6403
Fax:  (214) 953-1332

Ralph E. Chapman
Sara B. Russo
**CHAPMAN, LEWIS & SWAN**
501 First Street
P. O. Box 428
Clarksdale, Mississippi  38614
Tel:  (662) 627-4105
Fax:  (662) 627-4171

*Plaintiffs' Executive Committee*

- 4 -

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have this 18th day of January, 2011, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                /s/  Adam J. Levitt