UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) | 4:06MD1811 CDP |

**This Order Relates to**:
Stephen R. Hale, et al.
v. Bayer AG, et al.   4:09CV1689 CDP

## MEMORANDUM AND ORDER

Plaintiffs' move to file a second amended complaint,[1] in order to add a number of new plaintiffs. The amended complaint does not otherwise alter any of the plaintiffs' existing claims or allegations. Defendants object by referencing their arguments in previous motions. Because I find that defendants have not demonstrated that this amendment will cause them any undue prejudice and for the reasons stated in my Order of September 2, 2010 [#3332], I will grant plaintiffs' motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file a

---

[1] Plaintiffs have actually filed two motions to file a second amended complaint. Although plaintiffs have not withdrawn their initial motion, it is apparent that plaintiffs wish to replace their initial motion with the motion they have titled a "supplemental" motion for leave to file a second amended complaint. As a result, this order addresses the supplemental motion for leave to file a second amended complaint and plaintiffs' initial motion will be denied as moot.

supplemental second amended complaint [#4030] is GRANTED.  Plaintiffs' amended complaint is deemed filed as of this day.

**IT IS FURTHER ORDERED** that plaintiffs' motion for leave to file a second amended complaint [#3947] is DENIED as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of February, 2011.