UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION | ) ) | 4:06MD1811 CDP ALL CASES |

### ORDER

On July 27, 2011, the parties were ordered to show cause why certain pending motions should not be denied as moot in light of the recent settlement in the producer cases. The parties have indicated that they are unopposed to the denial of most of these motions.

Accordingly,

**IT IS HEREBY ORDERED** that the unopposed pending producer motions are DENIED as moot [MDL Docket Nos. 3914, 3919, 3921, 3923, 4064, 4108, 4109, 4120; Case No. 4:11CV256 CDP, Docket Nos. 13, 20, 21; Case No. 4:11CV257, Docket No. 16].

                                                                              CATHERINE D. PERRY
                                                                              UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2011.