UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED RICE LITIGATION, | ) ) | 4:06MD1811 CDP |

**This Order Relates to:**                                4:09CV433 CDP
*Riceland Foods, Inc. v.*
*Bayer AG, et al.*

## ORDER OF DISMISSAL

On June 29, 2015, this Court issued an order in Case No. 4:06MD1811CDP (the master docket for the *In Re Genetically Modified Rice* MDL), applying the Common Benefit Fund Order in that case to the parties' settlement of Riceland's claims against Bayer. That order deemed that the parties' settlement of their state-court case also settled this case pending in the MDL, Case No. 4:09CV433 CDP. *See* Order of June 29, 2015, No. 4:06MD1811, ECF No. 5506. On the same day, the Court entered an order in this case noting that the case had been resolved and requiring counsel to file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. The order specifically warned that failure to comply with the order would result in dismissal of the action with prejudice. No. 4:09CV433, ECF No. 27.

The parties have filed a memorandum recognizing that the Court intended to dismiss the case, declaring their intent to appeal the Common-Benefit Fund Order

in the MDL case, and otherwise reserving their right to appeal that decision in this case once this case is dismissed. They have also now filed a Notice of Appeal in the MDL Case, Case No. 4:06MD1811CDP, ECF 5521. They did not, however, file a dismissal or other document in this case as required by that order, so the Court will dismiss the case for the parties' failure to comply with court order.

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2015.